**KATHRYN N. NESTER**
California State Bar No. 331245
**KIMBERLY S. TRIMBLE**
California State Bar No. 288682
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kathy_Nester@fd.org
Kimberly_Trimble@fd.org
**PATRICK J. BURKE**
Colorado State Bar No. 4943
Patrick J. Burke, P.C.
303 16th Street
Suite 200
Denver, CO 80202
303-825-3050
Facsimile: 303-825-2992
Email: patrick-j-burke@msn.com

Attorneys for Mr. John Timothy Earnest

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN TIMOTHY EARNEST,<br><br>            Defendant. | CASE NO.:   19-cr-1850-AJB<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

John T. Earnest was charged by Complaint on May 9, 2019, with multiple counts involving death eligible charges. On May 14, 2019, the Magistrate Judge appointed Federal Defenders of San Diego and Kathryn N. Nester to serve as counsel for John T. Earnest. On May 21, 2019, the formal Indictment was filed. On June 19, 2019, Kimberly S. Trimble from the Federal Defenders of San Diego entered an appearance as co-counsel. On September 25, 2019, the District Judge appointed Patrick Joseph Burke as additional learned counsel. A conflict has now

arisen which makes it impossible for Federal Defenders of San Diego to continue with the representation of John T. Earnest.  After conferring with three separate experts, all of whom have vast experience in capital litigation, counsel have come to the conclusion that the conflict cannot be waived by the client.  The nature of the conflict is protected by attorney-client privilege.  Therefore, Federal Defenders of San Diego, Inc., Kathryn N. Nester and Kimberly Trimble seek leave of Court to withdraw as counsel from this matter.  Defense counsel Patrick Joseph Burke is not impacted by the conflict and can remain as counsel for the defendant.  John T. Earnest has been advised of the conflict and the motion to withdraw and he has no objections to the motion.

Respectfully submitted,

Dated:  July 22, 2020

*s/ Kathryn N. Nester*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. John Timothy Earnest
Email:  Kathy_Nester@fd.org

Dated:  July 22, 2020

*s/ Patrick J. Burke*
Patrick J. Burke, P.C.
Attorney for Mr. John Timothy Earnest
Email:  patrick-j-burke@msn.com