RANDY S. GROSSMAN                    KRISTEN CLARKE
Acting United States Attorney        Assistant Attorney General
SHANE P. HARRIGAN, CBN 115757        Civil Rights Division
PETER KO, CBN 191994
Assistant U.S. Attorneys
ROSE GIBSON, Maryland BN 1407150002
Special Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-7359
Email: peter.ko2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 19CR1850-AJB |
| | ) | |
| Plaintiff, | ) | NOTICE RE DEATH PENALTY |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOHN TIMOTHY EARNEST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America will not seek the death penalty for defendant John Earnest.

DATED:    August 30, 2021

                                    Respectfully submitted,

RANDY S. GROSSMAN                    KRISTEN CLARKE
Acting U.S. Attorney                 Assistant Attorney General
                                     Civil Rights Division

s/Peter Ko

SHANE P. HARRIGAN                    ROSE GIBSON
PETER KO                             Special Asst. U.S. Attorney
Assistant U.S. Attorneys