1           IN THE UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3   UNITED STATES OF AMERICA,        )
                                     )  No. 3:19-CR-1850-AJB
4              Plaintiff,            )
                                     )
5   v.                               )  December 28, 2021
                                     )
6   JOHN TIMOTHY EARNEST,            )
                                     )  Courtroom 4A
7              Defendant.            )
    _____)  San Diego, California

8

9                   TRANSCRIPT OF PROCEEDINGS

10                    (Imposition of Sentence)

11

12

13

14     BEFORE THE HONORABLE ANTHONY J. BATTAGLIA, DISTRICT JUDGE

15

16

17

18

19

20

21

22

    COURT REPORTER:          AMANDA M. LeGORE
23                           RDR, CRR, CRC, FCRR, CACSR
                             U.S. District Court
24                           333 West Broadway, Suite 420
                             San Diego, CA 92101
25                           amanda_legore@casd.uscourts.gov

```
 1    APPEARANCES:
      FOR THE PLAINTIFF:        SHANE HARRIGAN
 2                              PETER KO
                                ROSANNA GIBSON
 3                              Assistant U.S. Attorneys
                                U.S. Attorney's Office
 4                              Southern District of California
                                880 Front Street, Room 6293
 5                              San Diego, CA  92101-8893
                                (619)557-5610
 6

 7    FOR THE DEFENDANT:        PATRICK BURKE
                                Attorney at Law
 8                              303 16th Street, Suite 200
                                Denver, CO  80202
 9                              (303)825-3050
                                patrick-j-burke@msn.com
10
                                ELLIS JOHNSTON III
11                              Attorney at Law
                                180 Broadway, Suite 1800
12                              San Diego, CA  92101
                                (619)756-7632
13                              trip@cjtrlaw.com

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | (Tuesday, December 28, 2021; 9:05 a.m.) |
| 2 | |
| 3 | P R O C E E D I N G S |
| 4 | |
| 5 | THE CLERK:  Calling matter 1 on calendar, 19-CR-1850, |
| 6 | United States of America versus John Timothy Earnest for a |
| 7 | sentence with PSR. |
| 8 | THE COURT:  All right.  Good morning. |
| 9 | MR. KO:  Good morning, sir.  Peter Ko and Shane |
| 10 | Harrigan for the United States.  Ms. Gibson is listening in. |
| 11 | THE COURT:  Good morning to all of you. |
| 12 | MR. JOHNSTON:  Good morning, your Honor.  Trip |
| 13 | Johnston and Patrick Burke on behalf of Mr. Earnest, who is in |
| 14 | custody and arriving -- |
| 15 | THE COURT:  I did order that he be placed in the |
| 16 | marshal's box, and allowing counsel to sit nearby. |
| 17 | We are putting all defendants in that box for |
| 18 | sentencing currently, with COVID.  And given security risks, he |
| 19 | is in that box as well, and restrained. |
| 20 | We'll have victims later testify from the podium.  So |
| 21 | the social distancing and security distancing is important. |
| 22 | And, Mr. Earnest, you are here for sentencing on many |
| 23 | charges of which you've got obstruction of free exercise of |
| 24 | religious beliefs, attempted to damage to religious property, |
| 25 | using and carrying a firearm during and in relation to a crime |

1    of violence, obstruction of free exercise of religious beliefs.

2    Hate crime acts round out the rest.  113 counts in all.

3            And I have read all of the pleadings that have been

4    submitted to date with regard to the sentencing issues and the

5    case.  This includes the presentence report.  I've read the

6    objections to that, and now the addendum by the Probation

7    Office in response.

8            I'm not sure if I should be asking Mr. Johnston or

9    Mr. Burke, in the first instance, any questions.  How would you

10   prefer I do this?

11           MR. JOHNSTON:  I can speak for us, Judge.

12           THE COURT:  Okay.  As far as receipt and review of

13   the presentence report, Mr. Johnston, you folks did receive it

14   and review it, I trust?

15           MR. JOHNSTON:  Yes, your Honor.

16           THE COURT:  I had the objections.

17           I read the addendum.  It seems to me that the record

18   is pretty complete now as it relates to these -- I'll call them

19   out-of-court statements.  And unless there's certain

20   disagreement, I would find the addendum moots the objections

21   with regard to the factual disputes.  I think the matters of

22   the concurrent or consecutive sentencing and the other matter

23   that are before the Court on placement, we'll deal with.  Those

24   are in the objections, but I think they're more addressed to

25   the Court than Probation.

1          Mr. Johnston, what about that?

2          MR. JOHNSTON:  That's correct, your Honor.

3          I think now that we have -- if the Court prefer, I

4   can come to the podium or --

5          THE COURT:  Yeah.  It might be helpful, too, for the

6   reporter and I both to hear.

7          MR. JOHNSTON:  Your Honor, after the Government's

8   response, I can tell the Court there is a joint recommendation

9   that the Court impose a concurrent sentence in this case to the

10  state sentence that Mr. Earnest is currently serving.

11         The only other request that the defense has made is

12  that the Court make a recommendation to the Bureau of Prisons

13  that Mr. Earnest serve his sentence in the custody of

14  California Department of Corrections and Rehabilitation.

15         THE COURT:  Okay.  And as to factual matters, those

16  are now resolved by the Probation addendum and the submissions

17  of the parties?

18         MR. JOHNSTON:  Yes, your Honor.

19         THE COURT:  Okay.  Great.  Thank you for that.

20         Clearly, it's a stipulated sentence.  It calls for

21  life in prison, plus 30 years.  And so I think the focus of

22  comments -- because I don't anticipate I would be going any

23  lower and I can't go any higher, I think the discussion from

24  counsel on the concurrent sentencing and the designation issues

25  might be more keen.  But I'm not restricting the comments, when

1    we get to that point.

2            I think I should, as we do in all cases, do the

3    guideline analysis, which is undisputed, and put that to bed.

4    It is, based on the grouping and counting of these many

5    counts -- comes out to a 49 under the formulation of the

6    guidelines.  Less three for acceptance of responsibility, would

7    be a 46.  We all recognize the chart only goes as high as 43,

8    and so I'm going to direct this question to Probation for

9    purposes of the statement of reasons.

10           Even though we have a net 46, it seems to me that a

11   total offense level tops out at 43 for purposes of reporting

12   this statistically.

13           Would you agree or --

14           THE PROBATION OFFICER:  Good morning, your Honor.

15   Crystal Tignor with U.S. Probation.  I think that would be

16   fine, your Honor.

17           THE COURT:  Again, any counsel have any objection to

18   my capping the offense level at 43, which is where the -- the

19   chart ends?

20           MR. KO:  No, sir.

21           MR. JOHNSTON:  No, your Honor.

22           THE COURT:  Okay.  At a Level 43, recognizing

23   Criminal History Category I, the guideline sentence is life in

24   prison.

25           And so with the guidelines resolved, Mr. Johnston,

1    I'll turn to you for comments, first, sir.

2            And certainly to address the issues further that you

3    have articulated, I'm curious, as well, about the restitution

4    claim in the plea agreement.  The restitution provision for

5    $100,000, without specific claims or how that reconciles with

6    the state-ordered restitution to what might be some similar

7    victims.  And, if so, if anybody wants to comment on that, they

8    may.  But you get to go first, sir.

9            MR. JOHNSTON:  Thank you, your Honor.  And I will be

10    brief because this is a stipulated sentence in this case.

11            I can tell the Court that Mr. Earnest will not

12    exercise his right to allocute in this case.

13            THE COURT:  Okay.

14            MR. JOHNSTON:  But I will remind the Court that

15    Mr. Earnest is a very young man.  He was 19 years old when he

16    committed this offense.

17            More than two years ago, he offered to accept

18    responsibility for these crimes and to plead guilty and accept

19    a life sentence without the possibility of release; both here

20    in federal court, as well as state court.

21            He's 22 years old today.  He is going to serve the

22    rest of his life in custody, which is going to be a significant

23    amount of time for this young man.

24            I think the concurrent sentencing recommendation by

25    both the Government and the defense is appropriate.

1        Should Mr. Earnest serve his time in state custody,

2   it could avail him of more programming options as he spends the

3   rest of his life in custody.  Programming options that I think

4   would be beneficial to him and everyone else.

5        Mr. Earnest has also accepted the moral

6   responsibility when he does acknowledge that using violence, no

7   matter what his beliefs were or are, was inappropriate.  And I

8   think that's significant as this young man continues to grow

9   and mature.

10       We have requested that the Court also consider a

11  recommendation that Mr. Earnest serve his federal sentence in

12  state custody because we believe that is the place where he has

13  the most potential to continue to mature, to be close to

14  family, to his church.  Wherever he is today, he's going to

15  spend his -- the rest of his life in custody.  If he ends up in

16  a place like the supermax prison at ADX Florence under special

17  administrative measures, he's going to be far from any support

18  that he could have in the future.  And that's the basis of our

19  request.

20       THE COURT:  Okay.  Well, thank you.

21       And not that I don't take your word for it, but let

22  me just make sure I address Mr. Earnest directly.

23       And ask, sir, is there anything you want to say on

24  your own behalf at this time, as is your right?  And, of

25  course, with the limits of the prior court order that it relate

1   to the sentencing issues or matters of mitigation.

2           Anything, sir?

3           THE DEFENDANT:  (Shakes head.)

4           THE COURT:  You're shaking your head no.  I take it

5   that's a no.

6           THE DEFENDANT:  No.

7           THE COURT:  Okay.  From the Government's standpoint,

8   Mr. Ko, Mr. Harrigan, who would like to -- to speak?

9           MR. KO:  I will, sir.

10          As far as the restitution issue, first, there are no

11  claims for restitution in this case.  There was $100,000 put in

12  the plea agreement, basically, as a cap because of Ninth

13  Circuit law that requires us to give a rough estimate if there

14  might be a restitution claim.  But there aren't any.

15          We, too, ask the Court to follow the recommendation

16  of the parties and impose a sentence of life, plus 30 years

17  consecutive.

18          It's true that Mr. Earnest was young when this crime

19  was committed.

20          I don't know that he has accepted responsibility in

21  the sense that he's acknowledged his acts were wrong.  The only

22  thing we have of that is a recorded jail call, in which he says

23  that to someone else.  That's the only thing in the record at

24  this point.

25          And the circumstances under which that call was made

1    are the reasons why we don't think it was a genuine statement

2    in any event.  I mean, it was a week after his letter to that

3    podcast was mailed, in which he urged violence against Jews.

4    It was two days after the manifesto was found in his cell at

5    George Bailey Detention Center in which he urged violence

6    against Jews.  Nobody changes their hardened views that

7    quickly.  And we think that was basically a show because he

8    knew what was coming as a result of the seizure of that letter.

9            We would ask the Court not to make a recommendation

10   as far as whether or not he should be housed in California

11   Department of Corrections or the Bureau of Prisons.  We believe

12   that's a matter for the executive branch to decide, and those

13   matters are underway right now.

14           And we also want to point out we have a number of

15   victims who would like to address the Court.

16           THE COURT:  Yeah, I understand that.  I will give the

17   victims their -- their right here in a moment.

18           There was reference and -- in the Government's

19   sentencing information.  I think it responded, in essence, to

20   the objections or requests by the defense that the matter of

21   placement, or discussion, was being discussed with the state

22   officials.  And is that the level of discussion you're

23   addressing?  Or is the BOP considering whether or not they

24   would even accept the --

25           MR. KO:  A request has been made to the Bureau of

1   Prisons.   The Bureau of Prisons will make the decision whether

2   or not to accept custody.

3                THE COURT:   Whether or not they recommend federal

4   custody?   Does the designation -- I mean, they still could

5   decline, in other words?

6                MR. KO:   Yes.

7                THE COURT:   Okay.   And so then the question

8   becomes -- let's go with the concurrent sentencing --

9                Well, as far as the issue of programming, do you

10  dispute what Mr. Johnston is saying in terms of fewer

11  opportunities for rehabilitation offered at -- in a maximum

12  facility versus the CDCR?

13               MR. KO:   Well, number one, we don't know where he

14  will be designated in the Bureau of Prisons.   So it's not a

15  necessary conclusion that he's going to be sent to ADX facility

16  in Colorado.   He could be sent to any one of the hundreds of

17  Bureau of Prisons facilities.

18               I don't know that there's lesser programming in the

19  Bureau of Prisons versus California.   Frankly, I think there's

20  all kinds of programming in the Bureau of Prisons that might be

21  available to Mr. Earnest if he wants to take advantage of it.

22               THE COURT:   Okay.   And then the question on

23  concurrent sentencing -- I understand that's the

24  recommendation.   I think -- I don't mean this in a rhetorical

25  sense, but how does that serve the federal interests that were

1  a part of the discussion when the whole constitutionality of

2  the prosecution was raised -- I think it was a year ago.  And

3  how are those addressed?  I mean, why do we do this, if it's

4  just going to be the same outcome married to the state

5  resolution?

6          MR. KO:  Well, I think at the time we initiated the

7  prosecution we didn't know what the outcome was going to be.

8  And the goal was to ensure that whoever prosecuted Mr. Earnest,

9  whatever the result in the end was, he would receive the

10  highest possible sentence.  So that has been secured now at

11  this point, minus the authorization for the death penalty.

12          We still believe a life sentence certainly

13  accomplishes the goals of the federal prosecution, which is to

14  make sure that he never sets foot on the street again.

15          THE COURT:  Because even if something were to happen

16  to the integrity of the state sentence, the federal sentence

17  would still stand?

18          MR. KO:  Exactly.

19          THE COURT:  Okay.  Does Probation have anything to

20  add, Ms. Tignor, to your very thorough analysis and report?

21          THE PROBATION OFFICER:  No, your Honor.  We submit on

22  our recommendation.  Thank you.

23          THE COURT:  All right.  Then let's turn our attention

24  to those that have asked to speak.  The Crime Victims Act does

25  afford the right to address the issue of sentencing to victims.

1   And we have, I think -- at least it was reported yesterday,

2   nine individuals who would like to speak.

3                 Is that right, Mr. Harrigan?

4                 MR. HARRIGAN:  Your Honor, it's changed somewhat.

5                 THE COURT:  Okay.

6                 MR. HARRIGAN:  And if I can let the Court know -- and

7   I'm just going to refer to them by name on the Court's letter.

8                 THE COURT:  Of course.

9                 MR. HARRIGAN:  Number two will not be speaking.  He

10  is not present.

11                THE COURT:  Okay.

12                MR. HARRIGAN:  Number three, she will not be present.

13  But, instead, we received word after the Court's deadline that

14  another individual, who couldn't be present due to COVID

15  concerns, would like the United States to read his statement.

16                With the Court's permission, we would do that.

17                THE COURT:  Of course.

18                MR. HARRIGAN:  His name is Mr. Jordan Alpert,

19  A-L-P-E-R-T.

20                And we provided the defense with a copy of that

21  statement too, and your court reporter, your Honor.

22                THE COURT:  Okay.

23                MR. HARRIGAN:  And as to number five, she, due to

24  COVID concerns -- had some contact, I think, with people who

25  had tested positive, is not present.  She was planning to read

1    the statements of her two children who were juveniles at the

2    time of the attack on the synagogue.  She has asked that, in

3    her stead, that the United States read those two statements.

4    So with the Court's permission, we would do that.

5         Other than that -- so that leaves approximately eight

6    statements -- or nine statements, with the two juveniles, who

7    will be read.

8         THE COURT:  Okay.  Well, I'm happy to entertain them

9    all.

10         And so the record is clear, when I say I read the

11    presentence report, it was the entire report.  And it included

12    many victim's statements, which were all considered.  Not that

13    that excludes anyone from speaking here personally.  But just

14    that that task has been done.

15         Would we -- you want to do the reading first,

16    Mr. Harrigan?  Or should we call upon the live witnesses?  Your

17    choice.

18         MR. HARRIGAN:  Your Honor, if I may introduce each

19    who would like to speak first.

20         THE COURT:  Okay.

21         MR. HARRIGAN:  Dr. Howard Kaye would like to speak

22    and address --

23         THE COURT:  Okay.  That gentleman may come forward

24    and speak from the podium.

25         DR. KAYE:  I say good morning to the Court today.

1    I'm a little bit off.  I had cataract surgery yesterday, so --

2    I can still see my notes, though.

3              THE COURT:  Well, you should see better after this,

4    too.  I've had that.  It takes a day or two, but it gets -- the

5    world brightens.

6              DR. KAYE:  Thank you.

7              You know, today, I always want to start off that

8    we're primarily here to honor the memory of my wife, Lori

9    Gilbert Kaye.  Hashem yikom dama, which means, "May God

10   almighty avenge her blood."

11             I loved Lori and seeing all of the good things that

12   she did through her life.  You know, she was the number one

13   person in my life.  And I'm proud to say that I was a loyal

14   husband for all of those years, and I supported her in every

15   year of our marriage.

16             As mentioned in my previous talk, she was murdered on

17   a very holy day, which was the Shabbat, and the last day of

18   Passover.  And there's kind of an interesting correlation

19   between these dates, which is kind of uncanny.  Because

20   sometimes Passover is the same as Easter.  And we Jews believe

21   that the last day of Passover is when the Mashiach, the Messiah

22   is going to come.  So it was a very, very powerful day that she

23   was killed.

24             And -- and what it appears is that afterwards there

25   was a -- the heartfelt and amazing outpouring of support for my

1  family.  And all of the different good deeds that people did

2  through the world really was something that represented Lori's

3  life.  And her life was all about goodness.  We call it gemilut

4  chasadim, which means good deeds.  And she went and she was

5  involved in the whole San Diego community.  Everybody knew her.

6          In fact, it was very interesting.  She was

7  celebrating Passover.  But what we found in her trunk, after

8  she was murdered, was an Easter basket for a poor family she

9  had met on the street.  That's who Lori was.

10          Now, I would like to stop here because, you know, a

11  lot of the family members will talk about Lori.  Lori was a

12  wonderful person, and all of the great things.  Because we have

13  to look at the reality of this situation.  And we have to look

14  at -- at the evil.  And that's something that needs to be

15  brought up in regards to this case and even the sentencing in

16  the court.  It's important for me to talk about this because it

17  affects crimes.  Evil that culminates in murder, perpetrated

18  with such cowardice has to be brought out to the public.

19          I quote Hillel the Elder.  This is why I'm saying

20  this today.  In *Mishnah Avos*, which is sayings of our fathers,

21  "If I am not for myself, then what am I?  If not now, when?"

22          Not going into detail, the evil growing in our

23  countries today, in our society, is because of loss of our

24  moral compass.  And I think a lot of people in our society have

25  talked about this.  It's obvious that the inability of our

1   country to care and recognize and preempt almost weekly murders

2   for all sorts of reasons is driving our society to chaos.

3          And that's why things need to be stopped.  This was

4   exactly the case with Lori's murder.  In regards to the

5   murderer before us, it was not whether he would murder Jews,

6   but when.  And many people knew this and did nothing.  And many

7   institutions knew this and did nothing.

8          So in Lori's case of murder with this type of

9   intention -- and -- and the defendant has been recalcitrant.

10  He's not giving a statement in that regard but he's said it

11  many times.  Where there's no repentance, your Honor, there's

12  no forgiveness.  Where there's no repentance, history will

13  repeat itself.  Just as the Amalekites murdered the most

14  vulnerable of the Jewish people when they left Egypt just for

15  being God-fearing Jews, murderers -- like the one before us --

16  will continue to murder physically or with hate speech.

17         What we are doing here today is not -- and what we're

18  doing here today, if we put this person in the state system or

19  in the federal, we're just -- we're not extricating the evil

20  from our society.  We're merely moving it from greater San

21  Diego to the prison system in California, where he can still

22  spew the hatred to the most susceptible people who are trapped

23  there with him and have to listen to it.

24         In generations past, you know, when you look at

25  capital punishment, they used to hang horse thieves.  And that

```
 1   was always in the movies and things.  I always wondered, why
 2   was that?  It seemed to be an awful, cruel thing to do.  But it
 3   was actually biblical.  Because when a person's horse was
 4   stolen in the 19th century, you took away their life, their
 5   livelihood.  And the Bible says that when you take a person's
 6   life away or livelihood away, it's like you're murdering them.
 7   That's what they believed then.  We've gone just the opposite,
 8   where we don't know what to do with people who murder.
 9           And with that, I would like to end with two
10   contemporary quotes from two authors that I've read.
11           First is Bentley Little.  He writes some mysteries,
12   and other things.  And he articulates, "Murder is an inherently
13   evil act, no matter what the circumstances, no matter how
14   convincing the rationalizations."
15           And I want to also do another quote from an author
16   that I've read, who -- who really -- and this is the feeling
17   that I have at this point.  In a more succinct and lasting
18   expression, I want to quote Terry Goodkind, who says that "Pity
19   for the guilty is treason to the innocent."
20           And therefore, if this person can't be executed, he
21   needs to move to a place where he can't affect other people
22   with his evil.  And therefore, if he can't be executed, I think
23   he needs to be moved to the federal lockup and penitentiary
24   system.
25           Thank you.
```

```
 1              THE COURT:  Let me ask you, sir.
 2              You used a few -- I think they're Hebrew words in
 3    your presentation.  Would you mind giving a copy of your notes
 4    to the prosecutor?  They can give them to the court reporter
 5    later.
 6              DR. KAYE:  Yes.
 7              THE COURT:  So we spell them correctly.
 8              DR. KAYE:  Yes, sir.
 9              THE COURT:  I think the reporter would probably
10    appreciate that.
11              DR. KAYE:  Okay.
12              THE COURT:  So if you would do that, thank you.
13              DR. KAYE:  Thank you.
14              THE COURT:  Thank you.
15              All right.  So, Mr. Harrigan, who would you like to
16    call upon next, sir?
17              MR. HARRIGAN:  Jack Cohen.
18              THE COURT:  Okay.  Come on forward, sir.
19              MR. COHEN:  My name is Jack Cohen, and I was also one
20    of the congregants that were there that day on April 27th.
21              What I want to say is that there's two days in recent
22    history that have had a significant impact on my life.  The
23    first was April 27th, 2019, when an evil, anti-Semitic animal
24    charged into our synagogue in Poway on a beautiful Saturday
25    morning with the goal of killing me and the other 53
```

1    congregants who had gathered to worship that day

2            The sole motivation behind those actions were that we

3    were Jewish.  For me, by chance, it was not my day.  For Lori

4    Kaye and her family, the story was much different.

5            Unfortunately, though, it was not much different than

6    the fate that much of my family also experienced 75 years ago.

7    You see, I'm the son of a Greek Holocaust survivor, of Greek

8    Holocaust survivors.  Although my parents were able to survive,

9    I have half-brothers, half-sisters, aunts, uncles, and cousins

10   who did not.

11           To be clear, the reasons behind what happened to Lori

12   and what happened to my family during the Holocaust are exactly

13   the same.

14           April 27th, 2019, will forever have changed my life,

15   the lives of my family, and the lives in our community.  How

16   naive was it for us to believe that the horrific events that

17   occurred 75 years ago were so far removed that they could never

18   happen again.  We all have to rethink our way of life.  We had

19   to worry about our own protection because we were Jews.

20           After World War II, so horrific were these crimes

21   that were perpetrated against Jews and many others considered,

22   that the world sought to eradicate those who pursued these

23   acts, and rightfully so.

24           The second day in recent history that had a

25   significant impact on my life was August 29th, 2021.  On that

1    day we were notified of Attorney General Merrick Garland's

2    decision to not pursue the death penalty against the cowardly

3    shooter that infiltrated our house of worship.

4           Interestingly enough, the state of California, under

5    the guidance of District Attorney Summer Stephan, had

6    courageously decided to pursue the death penalty.  In 2015,

7    during the Charleston church shooting, a very similar event to

8    what happened in Poway with regards to the hate crime and the

9    perpetrator, the federal government pursued the death penalty.

10          The federal government, under Attorney General

11   William Barr, also decided to pursue the death penalty for the

12   shooter of the Tree of Life massacre that happened near

13   Pittsburgh that had occurred only six months prior to the

14   shooting in Poway.

15          Not only was I naive to believe that the horrific

16   events of 75 years ago could never happen again, I was also

17   naive to think that this great country that we live in would

18   make it a priority to eradicate such evil acts and their

19   perpetrators.

20          We were told that the basis of -- of this decision by

21   the Attorney General was unknown.  So we can only try to

22   speculate why.  Was it based on the additional -- additional

23   cost and time to prosecute?  If hate crimes and threats of this

24   magnitude were sincerely not to be tolerated, I think not.  Was

25   it based on the possibility that we might have got the wrong

1    guy?  The videos that were taken would not suggest that.  Was

2    it based on the fact that the shooter showed remorse and vowed

3    to abstain from inciteful speech?  From the comments made by

4    the judge at the sentencing hearing, this is not true either.

5         Well, then, what was it based on?

6         Could it have been based on old-fashioned politics by

7    the current administration?  I certainly hope that this would

8    not be the case.  Unfortunately, I have my doubts.

9         So why was this day in August such a bad day for me?

10   It was a bad day for me and our community because it shows

11   that, even after all of these years and all that has happened

12   to the Jewish people in my family, there's still that feeling

13   that Jewish blood is cheap.  And that not enough blood was

14   spilled that day in April to make the effort to eradicate such

15   an evil, unremorseful, anti-Semitic animal from the face of the

16   earth.  And until that day will come, there will be no closure.

17        This animal will now be entitled to nutritional food,

18   healthcare, exercise, education, family visitations, and even

19   personal property from the rest of my life -- for the rest of

20   his -- its life.  Lori will not.  The animal will have freedom

21   of speech, freedom to write, and freedom to continue to incite.

22   It's absolutely unthinkable.

23        What's also unthinkable is that conversation that I

24   heard just a few minutes ago about rehabilitation and trying to

25   reduce the harshness of this animal's confinement.

1          So I -- I would like to make a comment on that.  I

2     heard the term "supermax federal prison."  Sounds good to me.

3          In a quote from Menachem Begin, former Prime Minister

4     of Israel who created what was known to be the Begin Doctrine

5     in the defense of Israel and the Jewish people, you could

6     essentially paraphrase this doctrine in just two words:  "Never

7     again."  Begin stated that when the enemy of our people says he

8     seeks to destroy us, believe them.  Don't doubt them for a

9     moment.  Never pause to wonder what the world would think or

10    say.

11         Lastly but not least, if there's anything positive to

12    say about the last two-years-plus since this tragic event

13    occurred, it would be about how fortunate we were to have been

14    represented -- represented by such a team of dedicated,

15    selfless federal employees.  To name a few:  Dina Deboer, who

16    was a Marine vet and was our liaison with the court.

17         Ben Meyer, FBI special agent.  I don't know if he's

18    here today.  Iraqi war vet, army vet.

19         Assistant U.S. Attorneys Peter Ko and Shane Harrigan

20    graciously supported us throughout.  Even to the point of

21    meeting with us personally in the after hours and on weekends,

22    multiple times.

23         I cannot thank you all enough for your assistance.

24    You are all jewels that are hidden to the general public, as

25    you have truly spent a majority of your lives protecting and

 1   defending the citizenry of this country.

 2           You have my sincere gratitude and respect.

 3           Thank you.

 4           THE COURT:  Okay.  Thank you, sir.

 5           Mr. Harrigan, next.

 6           (Applause.)

 7           MR. HARRIGAN:  Your Honor, I think at this time I

 8   would like to read the statement of Jordan Alpert --

 9           THE COURT:  Very well.

10           MR. HARRIGAN:  -- with the Court's permission.

11           THE COURT:  You may.

12           MR. HARRIGAN:  And again, I provided a copy to

13   defense counsel and the court reporter.

14           THE COURT:  Thank you.

15           MR. HARRIGAN:  Forgive me if my glasses steam up.  I

16   can't read.

17           THE COURT:  You're at a six-foot distance from

18   everyone at the moment.  If you want to take the mask down for

19   purposes of speaking clearly, then we will --

20           MR. HARRIGAN:  That might help.  Thank you, your

21   Honor.

22           "My name is Jordan Alpert.  I was a member of the

23       Chabad of Poway for 16 years when the attack on the

24       synagogue took place on April 27th, 2019.

25           "My wife and I arrived at the synagogue a couple

1      of minutes after the attack occurred.

2           "A friend had called while we were en route,

3      warning us that a man with a rifle was outside the

4      building.  But we didn't really know what to expect

5      when we got there.  We pulled up out front.  As it

6      turns out, in the very space where the attacker had

7      parked his own car.

8           "The rabbi was out front.  His hand wrapped in a

9      blood-soaked prayer shawl.  I tried to calm him.  Then

10     went inside as practically everyone was still in the

11     building.

12          "I took in the scene.  Our dear friend, Lori Kaye,

13     was on the floor.  Someone was giving her CPR.  There

14     was a small red hole in her side, very visible against

15     her ivory colored dress, and no blood on the floor.  A

16     few feet away was her husband Howard, also on the

17     floor.  Oh, no, I thought, both dead.  But Howard was

18     surrounded by people, and got up.  He had collapsed

19     when he realized he had been giving CPR to his wife,

20     whose features were so distorted that he hadn't

21     recognized her.

22          "There were shell casings everywhere.  People were

23     milling around in shock.  The police and paramedics

24     arrived.

25          "The paramedics loaded Lori into an ambulance.

Her daughter Hannah pleaded with them to be allowed to
ride in the ambulance with her, to the hospital.  But
the rules didn't permit this.  We were parked a few
feet away.  I said to Hannah and Howard, 'Get in the
car.  We'll follow them to the hospital.'

"The paramedics loaded Lori into an ambulance.  We
sped to the Palomar Hospital, where we sat in the ER
waiting room, waiting for information.  Minute after
minute went by.  Then I went to the desk, demanding
someone to tell Howard and Hannah Kaye what was
happening to Lori, who had just been brought there.
Sorry, they said.  We can't even tell you if she's
here.

"After an hour with no word from the hospital
staff, we were led to a private waiting room.  This
cannot be good, I thought.  The four of us sat there as
minutes, that seemed like hours, ticked by.

"My wife tried to comfort Hannah as best she
could.  I tried to remain upbeat with Howard, but I
also knew that he was an experienced physician who
already understood the worst.  Then the room was
suddenly filled with hospital personnel:  The trauma
surgeon, a social worker, and so forth.  And this
confirmed what I had dreaded.  It was then that a
numbness that was to last for at least two months began

1    to set in.

2        "A couple of days later one of my brothers emailed

3    the open letter that had been composed by the defendant

4    and posted on the Internet.  I read it.  While it was a

5    sickening, hate-filled diatribe filled with lies, it

6    was clearly written by a person of intelligence.  How

7    could a young person, a nursing student no less --

8    someone who was pledging their life to healing people

9    and relieving suffering -- attack a house of worship

10    with the intent of killing as many people as possible?

11        "The defendant knew his action would spawn

12    outrage, which is why he wrote that people would ask,

13    quote, How can you call yourself a Christian, and do

14    this?  Surely the Bible calls for you to love your

15    enemies, end quote.

16        "Why did the defendant think that Jewish people

17    were his enemies?  Well, he presents a lists of

18    outrageous slanders, which sound something like Joseph

19    Goebbels.

20        He wrote:

21        "'My answer to loving my enemies?  Trust yids and

22    their puppet braindead lemming normalfags' -- whatever

23    that means -- 'to take one quote from the Bible and

24    grossly twist its meaning to serve their own evil

25    purposes -- meanwhile ignoring the encompassing history

1    and context of the entire Bible and the wisdom it takes

2    to apply God's law in a broken world.'  End quote.

3         "But isn't that exactly what the defendant did

4    when he took biblical quotes out of context in his open

5    letter and ignored the message of love that's a

6    fundamental principle of both testaments?

7         "Love thy neighbor as yourself, was first recorded

8    in the book of Leviticus, a precept that Jesus later

9    affirmed as second in importance open to the

10   commandment to love God.

11        "'Hear O Israel, the Lord is one,' Jesus said,

12   repeating the words of the Shema, a declaration from

13   the book of Deuteronomy, that he and observant Jews

14   were recited daily and still do.

15        "Quote, You shall love the Lord your God with all

16   your heart and with all your soul and with all your

17   might, end quote.  Citing Deuteronomy, Chapter 6,

18   verses 4 through 6.  To which Jesus added, 'With all

19   your mind.'

20        "Why would Jesus think that loving God was the

21   most important commandment, followed by loving your

22   fellow man?  Because if you love God with everything

23   you've got, it's natural that you'll follow all of

24   God's commandments, including the basic precepts, such

25   as you shall not hate your brother in your heart.

1         "The defendant wrote that, quote, My God does not

2         take kindly to the destruction of his creation, end

3         quote.  Indeed, not.  That's why 'you shall not murder'

4         is one of the ten commandments.  Yet the defendant

5         planned to commit mass murder, claiming that, quote, My

6         God understands why I did what I did, end quote.

7         "What the defendant really means is that he

8         believes that God actually approves of what he did.

9         But how can this be so when it contradicts the entire

10         message of the Bible?  There's no doubt that God was

11         and still is outraged by the defendant's acts of

12         violence.

13         "Finally, the defendant included a list of people

14         who, quote, inspired, end quote, him.  At the top of

15         the list were Jesus and Paul.  Both Jews.  Further down

16         the list was Adolf Hitler.  Isn't it a supreme irony

17         that if Hitler were alive 2,000 years ago, both Jesus

18         and Paul would have been near the top of his own

19         extermination list?

20         "No account I've read of Lori has really described

21         what she was like.  She was so full of life and

22         laughter, so unfairly extinguished by misguided hate.

23         A husband has lost his wife.  A daughter has lost her

24         mother.  And we have lost the very dear friend whose

25         mission at mitzvahs was always to give and never

1          receive.

2                    "May your memory be for a blessing."

3                    THE COURT:  Thank you, Mr. Harrigan.

4                    What would be next, sir?

5                    MR. HARRIGAN:  Mr. Allen Lax, your Honor.

6                    THE COURT:  All right.  Mr. Lax.

7                    MR. LAX:  I'm not sure I can follow that, your Honor.

8                    Thank you for your time.

9                    THE COURT:  Thank you.

10                    MR. LAX:  Well, it looks like we're here again.  Most

11   likely, you still have no idea who I am.  And you have never

12   laid eyes on me.  And, to be honest, as of yet I really have

13   not seen your face; at least not all of it.  But I will never

14   forget your backside, having first been introduced to it as you

15   were running to your car; as I, Oscar, and Jonathan, were

16   chasing you.  And let me tell you, boy, can you run.  You would

17   make any jackrabbit extremely proud.

18                    Funny, the things that go through your mind.  I kept

19   thinking, as we were chasing you, how black your hair was.  I

20   was wondering if you painted it this dark color.

21                    To remind you, you see, Mr. Earnest, during the

22   shooting spree you tried to kill me and managed to barely miss

23   me twice.

24                    The first time was when I had gotten back to my seat,

25   essentially after speaking to an individual standing next to a

1    little girl you shot.  The bullet holes left in her were right

2    where I was standing.

3            The second time was when Oscar, I, and Jonathan

4    chased you as you ran to your car.  Gayle had stopped to help

5    the lady laying on the floor, facedown in the lobby.  I didn't

6    find out it was Lori until later.

7            Once we left the lobby -- once we left the lobby, you

8    were -- we were instructed by Jonathan to get out of his way

9    because he claimed he had a gun and was ready to protect us in

10   case you decided to turn towards us and start shooting again.

11   Had Jonathan not said anything, Oscar would have been right on

12   top of you.  He was that close to you.

13           I once -- I wound up standing behind Jonathan, across

14   the street on a sidewalk from where you were parked.  About 20,

15   30 feet away from your driver's side door.

16           Oscar wound up standing behind your car.  And

17   Jonathan had moved to about 20 feet away from you, off your

18   left front fender, taking potshots at you.  He didn't -- was

19   trying to scare you from reengaging or he simply was trying --

20   or he simply couldn't hit the side of a barn with the toy he

21   was using.  At any rate, he was not doing much damage.  He

22   didn't even hit or break the glass window of your car.

23           All along, while we had -- while we had your car

24   surrounded I kept yelling at the guys to get your license plate

25   number, which we did.  And when you departed, I called 9-1-1.

1        It is then that you started your car engine.

2    Since -- since the exit of the neighborhood was behind you --

3    see, we were in a cul-de-sac, and you were facing the opposite

4    direction -- you turned your car steering wheel hard to the

5    left to make a U-turn.  You floored the gas pedal.  The U-turn

6    you were making, however, was performed on the street that was

7    too narrow for your car to make in an single attempt.  As a

8    result, you drove -- you drove over the high curb, onto the

9    sidewalk, right onto me.

10        As I took two, three steps backwards to avoid getting

11    hit -- you had barely missed me -- I kept thinking how hard you

12    hit that curb and that you car front axle had to be broken or

13    at least sheered after that hit and that you were not going to

14    go very far.  But credit goes to the car manufacturer.  The

15    wheels stayed on intact, and you made your escape.

16        The question I'm most often asked was how stupid was

17    I to challenge someone with a powerful automatic rifle who was

18    shooting at me.  My answer has always been twofold.  You see,

19    Mr. Earnest, fear for me was not part of the equation.  First,

20    this was -- first, this was not the first time I was shot at

21    where someone had tried to unsuccessfully kill me.  I was

22    raised in Israel, close to the Arab border.  And at every

23    opportunity they had, the Arabs always made sure we knew they

24    were there, with gunfire.  They also managed to hit me once in

25    the leg, when I was about five years old.  Also, I came out of

1    the Vietnam era as a transport pilot.  Oscar, I believe, is an

2    Iraqi veteran.  And Jonathan is a Border Patrol officer.

3          Secondly, both sets of my grandparents were murdered

4    in the Holocaust.  My mother was just a child when she was

5    incarcerated in a death camp.  I remember when growing up how

6    angry she was at our people for just walking into the gas

7    chamber like sheep.  None of them put up much of a fight.  I

8    don't remember when I promised myself that if someone had tried

9    to kill me, they would have to do it facing me.  And that

10   although they may succeed, I would do everything I could, at

11   the very least, to take him with me.

12         For whatever reason, the warped mind dictates to

13   cowards such as yourself, who are emboldened by a powerful

14   weapon, to only become brave when they can sneak up behind

15   people who are not accustomed to violence and shoot them in the

16   back.  However, they're making a strategic error.  We Jews no

17   longer walk into gas chambers like sheep, and we're not afraid

18   to fight.

19         If you have any questions about our commitment to

20   being brave, you just check out any military cemetery and count

21   the number of gravestones marked with the Jewish -- with the

22   Star of David.

23         The question of why you did this is superfluous.  A

24   more appropriate question, in my opinion, is was it worth it?

25   Were your actions worth the punishment you are about to

1    receive?  You murdered a woman who was probably there to greet

2    people.  A lady who would have given you the shirt off her

3    back, literally.

4            And you -- you -- you shot and injured a child who's

5    still facing traumatic episodes.  And, most importantly, you

6    murdered the potential essence that would have been you.

7            Your immediate family must be devastated.  Did you

8    give any thoughts to them?  How did they explain this?  What

9    did they say?

10           But, most importantly, you have taken the trust in

11   humanity, in our innocence.  You've taken away our trust in

12   humanity and our innocence.  No longer will we go to a prayer

13   service without a heavily armed presence.

14           There are people in this world who do not believe in

15   the concept of heaven or hell or the hereafter.  They believe

16   that this life is it.  You're born, you live, you die, and

17   that's it.  And I guess one way or the other, we'll all get to

18   find out.

19           In hindsight, I'm glad Jonathan did not hit you or

20   kill you.  Because now you will be punished in the here and

21   now.  The potential and essence of what you could have been

22   will probably live another 50 years, but all of those years

23   will be spent in a cage with the other human animals in your

24   housing section.

25           Others prefer that you get executed.  They resent the

1   fact that in prison you're -- resent the fact that in prison

2   your upkeep will be fully paid for, and you will be entitled to

3   some benefits for which we'll also be paying for, like a

4   college education.

5        Well, I hope that's one thing you do get.  Since

6   you'll have plenty of time, hopefully you will get a little

7   smarter.  Hopefully the essence of you that remains in -- 40 to

8   60 years in a cage that will be your home, will be ever -- to

9   be able answer the question:  Was the hate and action you

10  displayed in less that three minutes on that day worth it all?

11       With that, I do wish you a long and healthy life.

12       And, your Honor, I would like to thank all of the

13  federal attorneys for their help through the time.

14       Thank you very much.

15       THE COURT:  Thank you, sir.

16       MR. LAX:  Thank you.

17       THE COURT:  And then, Mr. Harrigan, who would be

18  next?

19       MR. HARRIGAN:  Your Honor, at this time I would read

20  the two statements that I referred to of the juvenile

21  survivors.

22       THE COURT:  Sure.

23       MR. HARRIGAN:  Their mother planned to be here at the

24  time but, unfortunately, could not make it and asked that the

25  United States read these statements.

1        THE COURT:  You may read them.

2        MR. HARRIGAN:  I provided copies to defense counsel

3   and your court reporter.

4        First, I'll read the statement of a juvenile

5   survivor.  She was 11 years old at the time of the attack.

6        "It was April 27, 2019.  That day -- that was the

7        day everything changed.  That morning was just a normal

8        Passover morning.  I got up and dressed in my navy blue

9        Shabbos dress.  Then I put on my sparkly shoes and

10       walked with my father, my sister, and my brother to our

11       shul.

12       "My mother had stayed home to prepare for a

13       delicious lunch.  She told us that she would meet us at

14       11 o'clock at the shul.

15       "We got to the shul.  The junior rabbi greeted me

16       and asked me if I could push his one-year-old son

17       around in a stroller until he fell asleep.  Of course I

18       said yes, because his son is adorable.

19       "After some time, the child still wouldn't fall

20       asleep.  But then my sister came out from davening and

21       said she would put him to sleep.  My sister was like a

22       baby whisperer.  So, of course, within a minute the

23       child was asleep.

24       "Then three of my friends arrived, and we all sat

25       down on the gray tiled floor in the lobby to talk.  I

asked my friends if they wanted to play tag outside on
the playground.  I asked them because they were being a
bit loud, and I didn't want to disturb the people who
were praying in the room next to us.  They all agreed
to go in the backyard of the shul.  The back of the
shul has a huge playground with slides, a mini rock
climbing wall, two spinning cups, and lots of spaces to
run.

"So we played for an hour, but then one of my
friends got annoyed and she quit.  Once my friends
quit, we really couldn't play with three people, so we
all went our separate ways.

"Two of my friends went inside, while one stayed
and sat on the little kiddy rock wall with me to talk.
That's when I saw Lori Kaye, our family friend who was
like an aunt to me, hugging my sister inside the
building.

"I wanted to say hi, but I was too lazy to go
inside.  Should I go inside?  I asked myself.  It would
be the right thing to do, but I didn't feel like
getting up at the time.

"By the time I decided to go inside and see her,
she had already went to the lobby.  As I got up and
started to walk to the door, I heard a great big sound.
A sound I never wanted to hear in my shul, and a sound

1    I never want to hear again:  Boom, boom.

2         "Oh, no.  I didn't want to believe what I thought

3    it was, so I tried convincing myself it was probably

4    one of the stacked chairs or tables that fell.

5         "Boom.  Then another sound.

6         "Then my sister came running out, screaming,

7    'Run.'  That's when I knew my first thought was right.

8    There was an active shooter in the building.

9         "I knew to listen to my sister.  The first rule my

10   mother taught me in emergencies.  So I started to run,

11   when one of my friends asked me a very unimportant

12   question.  'Why are we running?' she asked.  All I

13   responded was, 'Just run.'  And then ran after my

14   sister, down the stairs to the parking lot.

15        "Then my sister abruptly stopped in the middle of

16   the staircase and said, 'I forgot the rabbi's son in

17   his stroller.'  I could tell she was considering going

18   back, so I grabbed onto her arm and forcibly shouted at

19   her, 'Do not go back.  It's too dangerous.  Remember

20   mommy' never said look back -- 'said, Never look back.'

21        "We continued down the stairs and into the big

22   parking lot with a nice basketball hoop.  From the

23   parking lot there are two brown gates which lead to a

24   different house.  The first house belonged to a family

25   who was on vacation at the time.  So we went through

1    the other gate, which led to the rabbi's backyard.

2        "My sister started pounding on the door with all

3    of her energy for the rabbi's wife to answer.  It

4    probably only took seconds, but it felt like years

5    before she came to the door.  So I kept running toward

6    the side gate.

7        "My heart was pounding.  I wouldn't let myself

8    look back to see if the evil shooter was following us.

9    The adrenalin was high in my body, and I opened the

10    side gate.  My biggest fear was that he would follow us

11    down and kill us.

12        "The fear powered me to run so far as I could --

13    run as far as I could from the shul.  Even though when

14    I reached the side gate I heard the back door open, I

15    couldn't get myself to go back.  I was too afraid to

16    turn back.  What if, in one second, I turned around and

17    went back and the shooter came down to the house and

18    shot us?  A million possibilities and thoughts pounded

19    on my head.

20        "When I got outside the gate, I realized my

21    situation.  I didn't want to go home because, as an

22    11-year-old, it was too far to walk by myself.  But I

23    also didn't want to turn around and go back to the

24    house.

25        "So I just stood there, and that's when I realized

1    someone was standing right behind me.  It was my

2    friend.  And I yelled, 'You scared me.'  I was relieved

3    it was her, and no one else.  We stood there for a

4    second, and then walked -- started to walk up the

5    block.

6        "As we walked, I examined every house, trying to

7    see which would be best house to hide at.  My friend

8    then asked me, 'Why don't we go to my house or your

9    house?'  I answered, 'We can't.  It's too far to walk

10   by ourselves.  My mother would be angry with me if I

11   walked alone or with someone younger than me.'

12       "Subsequently, out of the corner of my eye, I saw

13   the father of one of the kids from the synagogue

14   talking to one of the neighbors from the block.

15       "When I saw him, I told my friend to follow me,

16   and we ran together.  As soon as he and the neighbors

17   saw us, they invited us in.  The neighbor told us we

18   could stay there until everything calmed down, and it

19   was safe to leave.  We were brought into a living room

20   where we greeted by a eight-year-old boy.  The man left

21   the room to call his wife, who worked for the police

22   station.

23       "After he hung up the phone, he told us that his

24   wife said we have to go to the kitchen where -- where

25   there are no windows, so we would be safer there.

1    "While we sat on couch pillows in the kitchen, my

2    heart was pounding at a thousand beats per second, and

3    what ifs popped into my head.  Like, what if my brother

4    and father didn't make it out?  What if the shooter

5    found my family and my sister, with all of her friends?

6        "I realized immediately that my mother was

7    probably walking to the shul, and she would not know

8    what was happening.  I didn't know if the shooter had

9    left, so I was worried she would walk into shul as this

10   was all happening.  But I attempted not to dwell on

11   this.  I strived to have only positive thoughts.

12       "Then 45 minutes later, while we were still

13   sitting in the kitchen, not knowing what was going on,

14   we heard a helicopter calling out something, but we

15   couldn't make it out.  We could not make out what they

16   were saying.  We didn't know if it was still too

17   dangerous to go outside.

18       "Right then, there was a loud urgent pounding on

19   the door.  At that moment I thought the guy found us.

20   All my nerves came back, and everyone in the room got

21   scared.  Our host decided to be the brave one and

22   answer the door.

23       "Immediately, I recognized the person beating on

24   the door and begging to find her daughter:  Mom.  I

25   rushed into her comforting arms and asked her, 'Where

1    is everyone else?  Is anyone hurt?'

2         "And at that moment my sister and father came

3    running up to the house.  They hugged me and wouldn't

4    let me go.  I didn't understand why they were so happy

5    to see me.  But they then explained to me that I had

6    gone missing for 45 minutes and that an AMBER Alert and

7    a helicopter were sent out to try and find me.

8         "They explained that my brother was stuck at the

9    synagogue, getting questioned by the police.

10        "My father was so overcome by -- with emotion that

11   I was found because I was his one responsibility, and

12   he let me go missing.  He wouldn't let me out of his

13   arms until my sister pulled him off.  When I looked at

14   his face, he had beads of sweat coming down his

15   unusually pale skin.

16        "'Please get him some water,'" my sister begged

17   with fear in her eyes.  My father looked as if he was

18   about to pass out.  My sister and I laid him on the

19   couch and put some ice packs on him to cool off.  Once

20   he drank some water and let it sink in that I was truly

21   okay, he started to relax a bit.

22        "About a half an hour later we headed back to the

23   rabbi's house where everyone was.  There, I learned

24   that Lori was murdered.

25        "My sister was also -- my sister also told me that

1     my friend and her uncle were injured and Rabbi

2     Goldstein, the head rabbi, had his pointer finger shot

3     off.

4          "We then got questioned by the FBI.  They asked us

5     basic questions of where we were and what we did.  When

6     that was done, we were allowed to go home.  And even

7     got accompanied by an FBI agent.

8          "When we got home, I broke down in uncontrollable

9     tears.  After Shabbos, we went to Lori's house to

10    comfort her husband and their daughter.

11         "I will never forget the one thing Lori's daughter

12    Hannah said to me.  She whispered in my ear, 'You are a

13    warrior, and never forget you are not a victim.  You

14    are a survivor.'

15         "After the shooting, it was difficult for me to do

16    many things.  I was scared to be alone.  I was scared

17    to take a shower for fear I would not hear what was

18    happening outside the door.  And I was afraid to go out

19    in public.  When the fire alarm would sound at school

20    during fire drills, I would panic, and the whole

21    shooting would come flooding back.  It has been two

22    years and this event still haunts me in my dreams and

23    thoughts.

24         "It is so difficult for me to understand why

25    someone would try to kill me, an 11-year-old girl.  I

1    have read many Holocaust books about kids my age, but

2    never did I imagine that living in the United States of

3    America that I would experience pure hatred just

4    because I am a Jew.  People who showed this type of

5    hatred should not be allowed to terrorize anyone,

6    especially children like me.

7         "I would like to thank the first responders, FBI

8    agents, Department of Justice officials, and the

9    neighbor who let us hide, for all of your help and

10   comfort during this frightful time.

11        "Thank you."

12        THE COURT:  Thank you.

13        And next, sir.

14        MR. HARRIGAN:  There is another statement that I'll

15   read, your Honor, at this time.

16        THE COURT:  Okay.

17        MR. HARRIGAN:  This is from a 15-year-old survivor

18   from April 27th, 2019, attack, and the sister of the

19   11-year-old that I just read -- the statement I just read.

20        "April 27th, 2019.  To most people, that day was

21   another ordinary day on the calendar.  To most people,

22   it was the last day of Passover, to join their family

23   and friends.  To me, that is the beginning of my story.

24        "San Diego, California, is where I was born and

25   raised.  My street is in a quiet and safe neighborhood.

1          "Since the day that I was named at the Torah, I

2     have been going to the Chabad of Poway, the place that

3     was more than just a synagogue to me.  It was a place

4     that I built memories, I spent hours, I built

5     connections, and a place I would call home for my

6     community family.  Before I knew it, that sacred place

7     I always thought my synagogue was, had been violated.

8          "On that last day of Passover, my father, brother,

9     sister and I started out -- started our long walk to

10    synagogue.  As I got to synagogue, I did my normal

11    routine.

12         "Go inside, daven; that is, to pray.  And then

13    gather all of the children up to do a kids' program.

14    That day there were eight children.  The youngest being

15    one, and the oldest was 11.

16         "After davening with the kids, I took them outside

17    to play.  My sister gave me the one-year-old, who was

18    asleep in the stroller and needed to take a nap.  Once

19    the one-year-old fell asleep, I put him in the lobby

20    for his father to find him.

21         "I went outside to the kids on the playground.

22    Two of the kids wanted to play inside, so I took them

23    into the social hall.  There, I was greeted by a woman

24    who was like an aunt to me.  Of course, it was Lori.

25         "Lori gave me a big hug and asked me about my life

till last detail.  And she asked me about my parents and when my mother was coming.  This was classic Lori. She always cared about others, and made them feel very special.

"Moments after parting from Lori, little did I know that this was the last time we would ever be able to talk to her.  The last time I would be able to receive a hug from her, and the last time she would be able to give someone a hug.  You see, Lori always gave to others.  And I was always ready to receive her love and kindness.

"Sitting on the floor of the social hall was the first time I heard the first gunshot.  So at 11:30 a.m. Mr. Earnest, armed with his semiautomatic rifle, walked in the door of the Chabad at Poway, ready to kill Jews. He walked in the door yelling, "Death to Jews."

"The first shot went right to the heart of my Aunt Lori, the woman I had just hugged.  The second shot went through her as well, and left her dying on the floor.  I will never understand why anyone would kill my Aunt Lori.  She was a kind and amazing person.  I am unable to wrap my brain around the senseless killing.

"The next shot hit the rabbi, leaving him with nine fingers.  More bullets were fired at men, women, and children.  People ran all directions, trying to

1    avoid Mr. Earnest's hate-filled rage.  The entire event

2    only lasted a few minutes but not only changed my life

3    forever but changed the life of the community of the

4    Chabad at Poway.

5        "My first thought was there was no way this is

6    happening to me.  I've always heard of shootings in

7    other places, but it could not be in my home.

8        "My first instinct was to run.  Because my mother

9    is retired military, she always spoke to me and my

10   siblings about what to do if there's an active shooter.

11   And after the Pittsburgh shooting of Jews, she became

12   more insistent about making us repeat what to do if an

13   active shooter was present.  She would review all of

14   the protocols with us.  At the time, it was quite

15   annoying.

16       "The first thing I was taught is that if you don't

17   see the shooter but you hear the gun, run away from the

18   sound.  When the shooting began, my instincts kicked

19   in, and I knew I had to run.  I yelled to the little

20   kids that were with me, 'Run.'  They all followed me

21   out of the social hall, through the door, and onto the

22   playground.  Later, when I retraced my steps, I saw

23   bullet holes in the wall that were millimeters from

24   hitting my body.  I was saved by God to do more for

25   this world.

1      "So I ran with several kids -- several of the kids

2      following me.  As I hit the steps of the lower parking

3      lot, I realized I had left the little one-year-old in

4      his carriage, in the synagogue.  I turned to run back

5      but my sister grabbed my arm and said, 'Remember, mom

6      said Never look back.'  So I kept running down the

7      flight of stairs to the lower parking lot, and then

8      down the stairs to the rabbi's residence.

9      "After getting to safety -- safety, I started

10      counting the kids:  One, two, three, four, five, six.

11      But where was my 11-year-old sister?  I knew she was

12      with me when we hit the lower parking lot but now she

13      was missing.

14      "The only thought that filled my head were that my

15      father, brother, and sister are all gone.  At 15 years

16      of age, sitting in disbelief and despair, I thought my

17      family is all gone.

18      "We were in a building that was being shot at.

19      All I could think about was where is my family?  Are

20      they okay?

21      "Just then my mom appeared.  I told her my father,

22      brother, and sister were missing.  She told me to stay

23      put, and she ventured up to the site where the shooter

24      had been.

25      "I feared for her life, but she was insistent that

1    I stay where I was.  Minutes later my mom told me that

2    my father and brother were safe but my sister was

3    missing.

4         "I had some sense of relief.  But where was my

5    sister?  I can still remember the AMBER Alerts going

6    off and the helicopters circling and calling out, 'An

7    11-year-old girl, brown hair, brown eyes, missing.  If

8    you see her, please contact 9-1-1.'

9         "After 45 minutes of intense searching, she was

10   found in a nearby house where she had run to safety.

11   Then began the long process of being questioned by the

12   FBI, which seemed to make me relive the event over and

13   over.

14        "As Passover and Shabbat were coming to an end, we

15   were escorted to our home by the FBI.  They were kind

16   and extremely helpful.

17        "As we turned the corner to our house, all of our

18   neighbors -- neighbors came out of their homes to meet

19   us.  It was quite a sight to see.  They came to show

20   support.

21        "I thought to myself that, although evil does

22   exist, there is also love and kindness in this world.

23   Their support meant the world to me.  It was quite a

24   contrast and a much needed surprise.  I think even the

25   FBI was shocked at the response from our neighbors.

1     "You may be wondering what happened to the

2     one-year-old boy who was asleep in the carriage.  A

3     miracle had happened.  The carriage had been moved from

4     the lobby, where he was sleeping, into a far corner of

5     the social hall.  The carriage was positioned in such a

6     way that it looked empty.  A miracle by God, right in

7     front of my eyes.

8     "So you might think this is where the story ends.

9     The past is the past, and I have to move on.  But,

10    really, that is where my journey began.  I am filled

11    with trauma, guilt, nightmares, anxiety, fear, and many

12    other things.  The list can go on and on.  The journey

13    is not an easy one, but I am learning more and more

14    about myself and the power that I have to spread

15    kindness.

16    "I have become a new person with a new outlook on

17    life.  My mindset and values have all changed for the

18    better.

19    "Taking so many life's lessons from this event, I

20    have a new appreciation for my creator, all from seeing

21    open miracles that occurred on April 27, 2019.  I was

22    just centimeters from three different bullets that were

23    shot.  Three different times where God said, 'It is not

24    your time yet.  The world still needs you.'

25    "I am convinced it wasn't my time.  We all have

1    our mission in this world to complete.  We should all

2    try to live and fulfill that purpose.  I, too, have a

3    mission to complete.  God does everything in this world

4    for a reason.  I don't know why I had to be in the

5    synagogue at that moment.  Why he would allow a guy to

6    threaten us while we were just trying to daven.  Or why

7    my Aunt Lori had to die.

8        "The events of April 27, 2019, are like pieces of

9    a puzzle.  And I can only see pieces, not the finished

10   product.  Only God knows what the final product will

11   look like.  What each of us can do to help solve the

12   puzzle is to help turn this evil into good.

13       "God is present in our lives and teaches us that

14   in order to turn evil into good, we need to show love

15   and kindness.  The Torah teaches us that kindness is

16   one of the pillars holding up the world, and one of the

17   critical attributes of the Jewish people.  Our first

18   patriarch, Abraham, was the pillar of kindness.

19       "What is special about an act of kindness is that

20   it can be done anywhere, any time, by anyone.  It is

21   the ultimate equalizer.  We can all take up being kind

22   to reverse the damage done by Mr. Earnest and to bring

23   meaning to my Aunt Lori's death.

24       "How do we do this?  One, prayer.  Prayer can be

25   an act of kindness that involves thought, word, and

1      deed.  That's why it's so powerful.  No prayer is

2      wasted.

3          "Two, money.  It's a fact of life that there are

4      many needy people out there.  Some of are poor, some

5      are homeless, and some just find it difficult to make

6      ends meet because they're dealing with some sort of

7      crisis that requires money.

8          "Please open your wallet and give money to those

9      that need it.

10         "Three, time.  Like money, time is in short

11     supply.  And we run around trying to complete our

12     tasks.  We need to schedule time for kindness.  It

13     could be spending time with an old person, listening to

14     a friend in their time of need, visiting someone in a

15     hospital, or babysitting for a new mother.  All acts of

16     kindness will be appreciated.  Doing acts of kindness

17     for anyone proves that no matter what your political

18     association, your ethnic background, or your religious

19     preference, people care.

20         "Four, physical needs.  There are people who need

21     to help -- who need help with basic self-care because

22     they are incapacitated in some way due to illness, old

23     age, or because they are overwhelmed.  Even with

24     something happy like the birth of a new baby.  Small

25     kindness is an oxymoron.  Every act of kindness is

1    huge.

2         "Five, a good word.  So much can hinge on a good

3    word or recommendation.  If someone has done something

4    nice for you, thank them and find ways to be nice to

5    them as well.  Despair is rampant, and we can alleviate

6    it so easily with a kind word or words of encouragement

7    or a compliment.

8         "Six, doing what comes easily.  We all have

9    different talents, skills, and capabilities.  Often

10   what comes easily to us is difficult for another

11   person.  We can use our talents to do things other

12   people find difficult.

13        "Seven, be a role model.  Throughout the Bible, we

14   have examples of leaders who are role models:  Moses

15   and Joshua, Abraham to Isaac, or Jacob to Joseph.

16   Greatness is best passed on by example.  When you

17   become someone to learn from and look up to, you are

18   expanding kindness.  Show your kids and friends the

19   benefits of being kind to others.

20        "Irena Sendler is an example of this.  Her father

21   was ostracized by the German government for his

22   political beliefs, and could not practice medicine in

23   any German town.  The Jewish community accepted him,

24   and he became their doctor.  Most of the villagers

25   could not afford his services, but he did not care.  He

1       allowed them to barter for his services.  After he died

2       the Jewish community tried to help Irena's family

3       survive but sending them whatever they could.  When

4       World War II broke out and the Jewish were rounded up

5       into concentration camps, Irena remembered the kindness

6       of the Jewish community and she risked her life to save

7       2500 Jewish children.

8            "Eight, kindness along the way.  There are

9       opportunities for kindness that God presents to us

10      throughout the day, and they are easy for us to

11      perform.  Look for those opportunities, like giving up

12      your seat on the bus; letting someone ahead of you in

13      line; giving a whole-hearted smile in greeting or

14      thanks; helping a child cross the street; uttering a

15      prayer for the patient as an ambulance goes by;

16      carrying a package for someone, or holding the door

17      open for one -- for another.  Your day has the

18      potential to be a treasure hunt and treasure trove of

19      loving kindness.  Be attuned to the possibilities

20      around you, and your day and life will become a

21      smorgasbord of kindness.

22           "Nine, media.  Media -- people in the media can

23      report the facts without the sensationalism of the

24      facts.  Helping people see two sides of a story is an

25      act of kindness.  It is always helpful if people

understand all sides of an issue.  Sensationalism causes people to take sides, and this causes a fracture in society.  Be a unifier, not a divider.  This is kindness.

"Hatred toward Jews.  Anti-Semitism in the USA and worldwide is on the rise.  How do we combat pure hatred that is unsolicited?  I believe this type of hatred is perpetuated by the media in online articles that depict Jews as evil.  The more I research, I realize even our universities teach anti-Semitism.  They encourage the Boycott Israel movement, they wrongly represent Israel as an apartheid state, and they inaccurately depict the history of the Jews.

"Each of us, even if you were not at the shooting that day, has the responsibility to treat others as you would want to be treated.  Each of us has a responsibility to educate others about the aftermath of pure hatred.  Each of us needs to understand individual differences and accept a person for who they are.  You do not have to agree with someone's politics, ethnic group, or religion, but it is the responsibility of each of us to rise above and love each other for our differences.

"Jews moved to this country to have freedom to practice being Jews without persecution.  Please stand

1          with me in not allowing people like John Earnest to

2          take away the American dream.  Help perpetuate the

3          American dream by acceptance and kindness, even when we

4          do not agree with each other.

5                "My Aunt Lori was a role model for showing love

6          and kindness to everyone.  She followed all of the

7          types of kindness that I've spoken about.  She was a

8          role model we should look up to.  Don't let her death

9          be in vain.  Each person should take on one kindness

10         today that they can do for another.  Let the kindness

11         each of us does for each other bring peace to the world

12         and eradicate evil.

13               "Thank you."

14               THE COURT:  Okay.  Thank you.

15               And who do we have next, sir?

16               Or who --

17               MR. HARRIGAN:  One moment, your Honor.

18               Ellen Edwards.

19               THE COURT:  Okay.  Come forward.

20               MS. EDWARDS:  Good morning.  My name is Ellen

21    Edwards, and I am Lori's big sister.

22               I want to first start by thanking everybody from the

23    Department of Justice.  I don't know individually all of your

24    names.  But Dina and Shane.  And I'm sorry I'm drawing a blank.

25    But just you've all shown so much compassion to our family.

1    And on behalf of my father, who couldn't make it today, we are

2    just so extremely appreciative.

3              Well, Mr. Earnest, here we are again.  And this is

4    the last time that we will ever, ever see your face alive

5    outside of the --

6              THE COURT:  I'm sorry.  Ms. Edwards, you need to

7    address your comments to the Court.  This is not going to be a

8    dialogue with the defendant.  He's not going to address you,

9    and you not him.

10              MS. EDWARDS:  Okay.  I apologize.

11              THE COURT:  I appreciate your position.  But the

12   allocutions, these victim statements, all come to the Court.

13              MS. EDWARDS:  Okay.  I understand.

14              THE COURT:  So thank you.

15              MS. EDWARDS:  I understand.

16              At the state sentencing, you -- Mr. Earnest was

17   charged with killing my beautiful sister, attempted murder, and

18   arson.  And today we are here with the Department of Justice,

19   charging him with -- with hate crimes.

20              You are still so young and how could -- how could

21   someone so young have so much hate?  You say -- and you are a

22   Christian, and you had previously been a nursing student.  In

23   fact, I know you had done some work at Sharp Healthcare, where

24   I worked for 20 years.  A very caring, compassionate

25   profession.

1          What has anyone done to you to cause you to hate and

2    kill people of different faiths and backgrounds?  Was it really

3    worth it?

4          It seems like just yesterday that you killed my

5    beautiful sister, Hannah's amazing mom, Randi's best friend,

6    Howard's loving wife, and my dad's little mini-me daughter.

7    They were so much alike.

8          The grief you have caused is unimaginable.  The grief

9    I have heard has been described as having so much love with no

10   place to go.

11         Not a day goes by that I don't think of Lori and wish

12   that I could have just one more day to just hug and love her in

13   person.

14         You killed because she was Jewish.  Why?  Cannot even

15   imagine -- I cannot even imagine what someone could have done

16   to you to turn you into such a monster.  Lori is no longer

17   here, but her spirit lives on in the memory of those who loved

18   her dearly.

19         Lori will never be forgotten, as she is known

20   throughout the world and inspired so many acts of loving

21   kindness.  Which we've heard today, loving kindness, it's so

22   important.  It's -- it's a theme that we must carry on forever.

23         We Jews are survivors.  And we have survived

24   thousands of years of persecution.  And we are still here, and

25   we will always be here.  Judaism teaches us to spread light,

1    love, and tikkun olam.  That is the Hebrew words for repairing

2    the world.  We will go on honoring Lori by always being the

3    best person -- I will go on honoring Lori by always being the

4    best person that I can be, and provide loving acts of kindness.

5    Which, in Hebrew, is known as mitzvahs.  This was something so

6    vitally important to Lori, and we must continue this in her

7    memory.

8         By now, I hope you have experienced some of the pain

9    and misery of prison life.  Hopefully you will move to a

10   federal prison where you may experience the same hatred and

11   terror that you inflicted on my sister, the other congregates

12   in Chabad of Poway, and the members inside the mosque that you

13   tried to set on fire.

14        Lori would want us all to move forward, living a life

15   of kindness, tolerance, and love.  I promise you, Lori, that I

16   will strive to make you proud.  I miss you every day, and love

17   you with all my heart and soul.

18             THE COURT:  Thank you.  Thank you.

19             Mr. Harrigan.  Next, sir.

20             MR. HARRIGAN:  We would like to invite Randi

21   Grossman, Lori Kaye's sister.

22             THE COURT:  Okay.

23             MS. GROSSMAN:  Before I begin, I would just like to

24   say I'm just so profoundly moved by all of the words that have

25   been spoken today.  By --

1          MR. HARRIGAN:  Take it off.

2          MS. GROSSMAN:  Take it off.  (Indicating mask.)

3          I'm profoundly moved by all of the words that have

4     been spoken today by the people here, and by the words that

5     were read in the letters.

6          I would like to also begin by thanking the Department

7     of Justice, Randy -- the other Randy Grossman.  (Laughter.)

8     Shane Harrington; Peter Ko; Dina, who has been such a

9     tremendous source of support; the FBI; and all of the members

10    who have really just taken this case and handled it with such

11    empathy for the family.  Thank you.

12         A horror, a nightmare struck our family on April

13    27th, 2019, when this defendant -- and I will not even dignify

14    him with a name -- gunned down and murdered my sister, Lori

15    Gilbert Kaye, and wounding three others.  They were being

16    hunted for being Jews.

17         Murdered.  I still can't understand how this word can

18    be associated with my precious sister Lori.  The one who opened

19    her heart to everyone, shouldered everyone's pain, showered

20    everyone with love and kindness.  Lori was everything to me:

21    My sister, my mentor, my teacher, my cheerleader, my best

22    friend.  We would speak every single day and usually multiple

23    times a day.

24         And it is only because of the strength that Lori gave

25    me, imbued in me, and the love and support of my family, that I

1  am able to stand here today before this Court.

2       The horrors of that day still haunt me.  When I

3  learned about the shooting, I ran out of my house, jumped in my

4  car.  I had to get to Lori.  I had to get to her.  It was a

5  long drive, and I was alone when I learned that she had not

6  survived.

7       When I got to the hospital, I had to go to a -- a

8  special room.  They didn't tell me why, but I knew why.  I knew

9  my precious Lori was gone.  The loss, the devastation to me, to

10  my husband, to my family is so deeply -- so horrifically

11  painful, I can't even put it into words.

12       Lori had a very deep and special relationship with my

13  children.  My daughter Allie and my son Gabe.  She was a

14  constant presence in their lives.  She took such deep interest

15  in their lives from the day they were born.  Losing their Aunt

16  Lori has left a gaping hole.  She was there for every milestone

17  they ever celebrated.

18       Now, as my daughter prepares the arrival of her first

19  child, she mourns the fact that her child will never get to

20  experience Aunt Lori; Aunt Lori's love, Aunt Lori's lavish

21  attention, and Aunt Lori's tremendous, tremendous interest in

22  and involvement in their -- in her life.

23       The loss of Lori has been unbearable for my father.

24  He was so close to Lori.  She was the apple of his eye.  To

25  lose your daughter in such a violent, horrific way, he has

1   never recovered.  Recently he told me that he cries for Lori

2   every single night, even to this day.

3            The depths of devastation to my niece Hannah and my

4   brother-in-law Howard is unbearable for me to see.  Hannah's

5   relationship with her mom was extraordinary.  They were

6   partners in life.  They explored life together.  They sought

7   out new experiences.  They journeyed to new places.  They

8   explored nature and music.  They laughed and danced.  They were

9   a partnership.

10           Lori and Howard's home was always filled with

11  laughter and gifts, interesting conversations, and feasts and

12  celebrations.  And now it is empty and quiet.

13           That Lori's life was ended by anti-Semitic hate is

14  beyond comprehension.  Lori was the lover of life, and the

15  lover of all people from all walks of life.  Her prized peace

16  ball sat in her garden and proclaimed, in many languages, may

17  peace prevail on earth.

18           Lori lived her spirited, energetic life by choosing

19  to see and seek the inherent goodness in the world and by

20  sharing that boundless capacity for love with whomever she came

21  in contact.

22           She delivered gifts and pick-me-ups to countless

23  friends and acquaintances.  Dropped everything to drive friends

24  to a medical appointment.

25           Multiple times, over and over, I heard stories of

1  people who told me that Lori quietly, privately paid for their

2  medical care or their medication, or whatever they needed

3  because they were not able to.  And Lori gave generously to

4  countless causes, both in the Jewish world and beyond.

5          A colleague of hers, a friend of hers in high school

6  had reached out to me after her shooting.  I didn't know her

7  very well.  And she hadn't known Lori very well when they first

8  met in college.  But this friend had suffered a tremendous loss

9  too, the loss of a fiancée to murder.  And it was Lori who took

10  her under her wings, cared for her, made sure she was never

11  alone.  Made sure she was included, and made her laugh even

12  when she didn't want to.  This friend told me that Lori was

13  their college friend's ultimate hero, and they referred to her

14  as the superwoman who didn't need a cape.

15          Gratitude was a defining theme of Lori's life; for

16  family, for friends, for good health, for beauty in the world.

17  It was her zeal that made Lori the first one on the dance floor

18  at a celebration and the last person off.

19          It was Lori who threw the doors wide open to her home

20  for Shabbat and holidays, inviting everybody to come and

21  celebrate with her, leaving table favors for all of her guests,

22  imprinted with her favorite inspirational messages that she

23  collected throughout her life and lived by throughout her life.

24          She -- her generosity was boundless.  Small gestures

25  that made large differences, infusing happiness into the lives

1    of friends and into the lives of those she barely knew.

2        I am grateful.  I am grateful that I live in a

3    country of laws and justice.  That our judicial system will be

4    putting away this monster forever.  However, it pains me to

5    think about those who may have knew of this monstrous ideology

6    and intentions.  What could have been?  What may have been had

7    somebody spoken out, had somebody done something?  Because

8    there was one thing that we know is that when there are

9    anti-Semitic terrorists who say they want to hurt Jews, they

10   mean it.

11       This defendant sits here like a vicious animal, about

12   to be put away.  What a wasted life.  He threw away so much.

13   Now he's weak and powerless.  But he had a life.  As people had

14   referred, he was a nursing student, a profession of healing.

15   He was a piano player.  I heard him play the piano.  And my

16   thought was, how could somebody who brought so much beauty into

17   the world through music be such a monster and have so much

18   pain -- have created so much pain and devastation?

19       Lori was snuffed out by this pathetic monster who

20   sits here today, his evil ideologies rooted in baseless hatred

21   of Jews that have plagued our people since the beginning of

22   time.

23       He is another in a long line of monsters who have

24   tried to wipe out and disseminate [sic] the Jews from the face

25   of the earth, and he has failed.  We are still here.

1        I wish this -- this monster a life of suffering, a

2    life where every day he is filled with pain and loneliness and

3    utter despair.  Where he will think about the pain, the

4    incredible immense pain that he has caused to so many other

5    people.

6        And how will I continue?  With Lori's legacy guiding

7    me every single day to call out hatred and injustice and to

8    continue to spread love and light and kindness to others.

9        THE COURT:  Thank you.

10        Mr. Harrigan, next.  Anyone?

11        MR. HARRIGAN:  If I could call Hannah Kaye to come

12    up.

13        MS. KAYE:  I have to read from my laptop.  I hope

14    that's okay.

15        THE COURT:  That's okay.  Yeah.

16        MS. KAYE:  Okay.  Just give me one second.

17        Well, I first just want to thank everybody who has

18    spoken so far today in honor of my mother and in bearing

19    witness to what occurred on April 27th of 2019.

20        I -- I just really want to thank you for all of your

21    words that lifted my mother's legacy up with such beauty and

22    radiance.  So thank you.

23        "Always remember kindness matters," was one of

24    several phrases of last words my mother wrote in a letter

25    addressed to her work colleagues on April 23rd of 2019; the

1   last week of her life, four days before her murder.

2          In spirit of my mother's last -- last and lasting

3   reminder, that of the profoundly unifying, soul-expanding,

4   uplifting power of kindness, one of humanity's greatest work

5   for essential and naturally born with characteristics of

6   service towards ones self and others, similar to the beginnings

7   of my statement for the previous state sentencing on September

8   30th, I would like to take a moment to express and share of my

9   gratitude, appreciation and thanks for many people both in and

10  outside of this courtroom who have shepherded my family and I

11  through the grueling unfathomableness of process throughout the

12  past two years.  It's a long list.

13         Beginning with the team of federal prosecutors,

14  specifically Shane, here.  I want to thank you on behalf of my

15  family, and I -- and, most importantly, on behalf of my mother

16  for your tireless energy, expertise, and devoted dedication to

17  this case since day 1.

18         I will never forget meeting you both for the first

19  time, alongside many others, in a big conference room in the

20  fall of 2019.  And being met with your sturdy energy of

21  kindness and efficiency.

22         I grieve for my mother's absence and her lack of

23  being able to thank you personally with her own perfectly pink

24  and sparkled manicured hands; especially as someone who dreamed

25  to going to law school at 60 to become a prosecutor.

1        And I stand here today in front of you, hoping to

2    channel her gratitude through me, and thanking you for pursuit

3    of accountability and justice within the limits of the law.

4        To the FBI investigators, I want to thank you for

5    your energy and expertise of steady dedicated purpose

6    throughout the past two years of this case and for your

7    extensive pursuit of the truth through your research and trying

8    to understand and uncover the roots of an individual's descent

9    into -- into disassociation from one's own realized and

10   recognized -- at birth -- humanity.

11       I especially want to lift you up in recognition for

12   the respect you gave and sheltered my grandfather with in

13   several times space was shared with him over the course of the

14   two years.  Always making him feel seen, heard, valued, and

15   appreciated.

16       To the U.S. Attorney General for the Southern

17   District of California, Randy Grossman -- who is not my beloved

18   beyond words Aunt Randi, my mother's younger sister -- though

19   my family and I have only met you for the first time this year

20   in 2021, I want to thank you for the respect, compassion,

21   kindness, and sensitivity you have offered my family and I.

22   Operating with a strong and clear-headed hand as you led us

23   through the various intense and changing legal proceedings

24   which occurred over the course of the late summer and into the

25   fall.

1        To our outstanding, extraordinary, and supremely

2   intuitive, compassionate, and generous and caring victim

3   witness advocate, Dina Deboer, I want to thank you for your

4   angelic presence and guidance and support you have offered my

5   family and I, as well as other victims of the shooting on 4-27.

6        Though we only had the privilege of opportunity in

7   meeting you this past summer, your tireless, consistent, and

8   stable support for our every question, worry, or concern has

9   only -- has only been met with your crystal-clear kindness.

10  And I thank you, dear, for everything.

11       To a specific individual who is here today, Dr. Drew,

12  thank you for sharing with me -- the first time I came into

13  your office -- the synchronicity of connection and how your

14  cousin worked electrical behind the scenes at the traveling

15  music and performance show *Up with People*, the same year as my

16  mother was a part of the cast.  I knew instantly then she had

17  sent you to hold me in the wreckage.

18       To my spiritual teachers of the recent past, who

19  guided me to a place of unity and divine, imperfect connection

20  beyond the limits of my wildest dreams with my mother, I will

21  always be grateful and indebted to you for showing me the path

22  to freedom, leading to the best years and days of my life with

23  her.

24       To the friends of my parents, both inside and outside

25  this courtroom, who have remained as lighthouses for my father

1    and I to seek refuge in your comfort and company of heart, I

2    thank you for your continued remembrance of my mother's legacy

3    of all in life and for safekeeping Lori's light in your

4    presence of decades-long memories for myself and my father to

5    continue to revel in.

6            To the friends, artists, and strangers I have met in

7    the lonely, rainbow-tinged void, a virtual universe, extending

8    my lonely olive branch of arm in solidarity and/or gratitude;

9    who know of such loss, who have studied the formations of such

10   hatred, who have generously given of their time in bearing

11   witness to my grief.  I thank you for your trust and

12   correspondence, conversation, and friendship.  Such connection

13   has offered up -- has offered itself up as a lighthouse in the

14   ravaging despair of mourning's ocean.

15           To my professors in university, I thank you for your

16   understanding, patience, trust, dear and rare generosity.  And

17   how I thank you for offering me grace.

18           To my father, your strength is both exquisite and

19   fragile.  And how I love you and how I thank you.  And to my

20   Aunt Randi, my mother's younger sister, my north star, my

21   greatest cheerleader next to my mother -- your sister -- how I

22   love you and how I thank you.

23           Almost three months have passed since gathering in a

24   courtroom to bear witness to the proceedings of the state

25   sentencing.

1          And with violent speed, once again and most likely

2     for the last time, we are gathered in the courtroom again for

3     the federal sentencing of my mother's murderer, John Earnest.

4          I can't help but reflect similar -- similarly to a

5     few months back of how profound of a privilege it is to have

6     the opportunity to address a courtroom and a judge who are

7     operating with a sturdy compass pointed in a direction of

8     justice.

9          To be able to address the shooter too -- I recognize,

10    though, in the third person -- is just as much of a heightened

11    opportunity of purpose and meaning.  To be able to speak words

12    of honor and praise of my mother and in service towards and for

13    her spirit and legacy, as well as the interconnected genesis of

14    levels of colossal destruction of past and present history

15    resulting in her gun-downed assassination in her synagogue's

16    hallway, is an experience I do not take lightly.  And I want to

17    thank you all for being here.

18         To represent my mother before all of you through

19    articulating language woven together, painting a picture of her

20    extraordinary beauty and radiant humanity is a duty I feel I

21    will never be able to fully or completely do her justice in.

22    No miniscule words of mine could ever possibly summarize the

23    brilliance my mother embodied; the kindness and compassion she

24    exemplified through the act and art of giving; her divine

25    wide-ranging spiritual and love of being a Jew and living a

1    Jewish life; her boundless gratitude for the opportunity to

2    rise with the sunrise on the morning of a new day; or in her

3    supreme devotion towards and for the relationships in her life,

4    surrounding family, friends, acquaintances, and strangers.

5            There are so many different situations within the --

6    within the devastation of mass crime, homicide, extreme acts of

7    violence in service to ideology adrenalized by hatred, or more

8    broadly, war and terror in which loved ones of victims do not

9    get the opportunity my family and I have today to lift up our

10   sister, our wife, our mother, and our friend's name in a room

11   where people are listening, learning, and holding space for the

12   unfathomable -- and yet quite predictable in history's terms --

13   tragedy in which my mother's life was bulleted out of her body,

14   literally.

15           I extend my arms and my hands in friendship to those

16   around our country and the world who have yet to experience or

17   be delivered to a place where there is a semblance of

18   accountability or justice in service of their own personal

19   devastation of tragedies.

20           My mother's life was embedded with meaning on every

21   branch of her totality in existence.  She was a champion for

22   the greatest of humanity.  She loved everyone.  From the

23   baristas at her local Einstein's -- a vanilla hazelnut from a

24   fresh cup -- to the gardener who helped aid her green thumb

25   into the most luxurious bountiful of harvests in sunflowers and

1  tomatoes.

2          Now, this is where I -- I had to stop writing and

3  hopefully I'll be able to do my mother service in speaking

4  off-the-cuff and continuing.

5          I grieve for the fact that the federal sentencing

6  will be the closing chapter of the legal proceedings of what

7  occurred on April 27th.  Because, for me personally, it -- it

8  represents a new reality in which my mother will not be

9  returned.

10          You know, there's like a magical kind of thinking

11  when you're in grief.  That you think, you know, after going

12  through a process of meeting with a team and leaders who are in

13  pursuit of whatever can be humanly possible within the scope of

14  the law, that somehow, in some impossible way, you will be

15  reunited with -- with the person who you lost.  And, you know,

16  I am very present and logically sound in the reality that that

17  isn't the case.  But I really grieve for the ending of this

18  legal chapter, and I grieve for -- and I speak solely on behalf

19  of only myself.  I grieve for the defendant's loss of his life

20  and all he gave up.  And I just -- I really want to bring

21  awareness to the fact that this individual was not shy with his

22  beliefs.  He did not hide his beliefs.  He was not ashamed of

23  his beliefs.  And, you know, so many of the warning signs of

24  mass shooters and of -- excuse me, extremists, includes this

25  lack of -- this lack of not caring.  And just -- there's just

1    zealous energy and purpose that they're driven by.

2            They really believe what they think to the core.   And

3    the fact that this defendant spoke of his beliefs in academic

4    institutions and institutions of medical practices within his

5    close circle of family and of friends and of acquaintances and

6    colleagues, and the fact that this was not worthy of

7    intervention is beyond comprehension.   And, in a way, I feel as

8    if the defendant was failed in that.   Because, you know, I -- I

9    wonder if there was any individual in his life, when he was

10   sharing of his beliefs, if anyone asked if he was okay and of

11   what was going on within his heart and his body and his mind

12   and his spirit.

13           And I -- this -- there's so many gapping holes in

14   what we do not know about this defendant and how he was led to

15   traveling down the rabbit hole.   And on behalf of my mother, I

16   would like it to be known that I will continue to pursue

17   answers in that realm, in whatever humanly way possible that I

18   can within the limits and boundaries of what I am able to

19   receive in information.

20           So there is a Jewish holiday called Shavuot, and it

21   happens in May.   And on May of 2018, which was the last Jewish

22   holiday of Shavuot that my mom was alive for, there was a

23   transition in her community to -- well, it's a tradition in

24   Jewish communities to stay up all night and learn, in service

25   of what the holiday represents; which is the delivery of the

1    ten commandments.

2          And in May of 2018 my mother wrote a speech that she

3    shared with her community.  And I have it here.  And I'm not

4    going to read the whole thing, but I'll read -- I'll read some

5    parts of it.  Because I want to bring my mother's voice into

6    this courtroom, not just as in -- not just through my own words

7    trying to embody my mother's spirit.  But, also, I actually

8    want to uplift her own language, written in her own words.  So

9    if that's okay.

10          This year's inspiration, in 2018, came from an

11          article I read in the *Jewish Press* by one of my

12          favorite commentators, Rabbi Lord Jonathan Sacks.  I

13          was intrigued by the title, "Love is not enough."  And

14          having read many commentaries on parshahs kedoshim, I

15          decided to reexplore this parshah.

16          The opening chapter of kedoshim contains two of

17          the most powerful of all commands:  To love your

18          neighbor and to love the stranger.  "Love your neighbor

19          as yourself.  I am the Lord," goes the first.  "When a

20          stranger comes to live in your land, do not mistreat

21          him," goes the second, and continues.  "Treat the

22          stranger the way you treat your native born.  Love him

23          as yourself, for you were strangers in Egypt.  I am the

24          Lord your God."  And this is from Leviticus.

25          The first is often called the Golden Rule and held

1    to be universal to all cultures.  However, this is a

2    mistake.  The Golden Rule is different.  In its

3    positive formulation, it states:  "Act toward others as

4    you would wish them to act toward you."  Or in its

5    negative formulation, given by Hillel, "What is hateful

6    to you, do not do to your neighbors."

7        These rules are not about love.  They are about

8    justice.  Or, more precisely, what evolutionary

9    psychologists call reciprocal altruism.

10       The Torah does not say -- which is the Jewish --

11   the Jewish book -- be nice or kind to your neighbor

12   because you would wish him to be nice or kind to you.

13   It actually says -- and -- and my mother quotes --

14   "love your neighbor."  That is something different and

15   far stronger.

16       The second command is a bit more radical.  Most

17   people, in most societies and most ages, have feared,

18   hated, and often harmed the stranger.  There is a word

19   for this, "xenophobia."

20       How often have you heard the opposite word,

21   "xenophilia"?  I would say little to never.  People

22   don't usually love strangers.  That is why almost

23   always, when the Torah states this command -- which it

24   does, according to the sages, 36 times -- it adds an

25   explanation.  "Because you were strangers in Egypt."  I

1    know of no other nation that was born as a nation in

2    slavery and exile.  We, of course, know what it feels

3    like to be a vulnerable minority.  That is why love of

4    the stranger is so central to Judaism and so marginal

5    to most other systems of ethics.  Here, too, the Torah

6    does not use the word "justice."

7         There is a command of justice towards strangers,

8    but that is a different law.  You shall not wrong a

9    stranger or oppress them.  Here, the Torah speaks not

10   of justice but of love.

11        These two specific commands define Judaism as a

12   religion of love, not just of God.  With all your

13   heart, with all of your soul, and with all of your

14   might, but also of humanity.  That was and is a

15   world-changing idea.

16        And I will end it there.  She goes on.  But this is

17   who my mother was.  She was a champion for love.  She was

18   relentlessly pursued in the act of justice through service.

19   Service to others and service to the people who she loved.

20        We had the most incredible journey.  We went on many

21   hero journeys together.  We -- we -- my mother went through

22   such unfathomable and unthinkable personal destruction in

23   earlier years.  But she fought for me, and she never gave up on

24   me.  And I thank her for that today.  I do.  I thank my mother

25   for loving me and for supporting me and for advocating for me

1    and for believing in me.  And I think I will -- there's so much

2    more I want to say, but I don't want to hold up the courtroom.

3    There's two more things I would like to say.

4             Again, speaking in third person towards the defendant

5    but, also, I will look at our judge.  And I speak, again,

6    solely, personally for myself when I say that I hope that there

7    can be a possibility in the future to be able to have a

8    conversation and bear witness to your presence, if -- if you

9    would want to -- if he would be willing to permit that.

10            And what I'll close with is one of my mother's

11   favorite prayers, which is known as the eshet chayil.  It's --

12   it's translated as the "Woman of valor."  And usually it is the

13   husband who sings her this prayer during Shabbat, the Jewish

14   Sabbath, in which the husband uplifts and honors his wife or

15   his matriarch in the household, elevating all that she does in

16   all avenues of life.  And it was a prayer that in my childhood

17   I was surrounded in every week and that I had memorized myself.

18   And my mother would love, whenever I would say this prayer,

19   alongside with my father.

20            And -- and in service and in honor to uplifting that

21   tradition that we had, I am going to try to remember it.  And

22   I'm not going to sing it.  But -- let me see if I can do this.

23            THE COURT:  Is it in English, or is it in Hebrew?

24            MS. KAYE:  It's in Hebrew.

25            THE COURT:  We're not going to be able to record that

1    for the record.  But if you want to express the sentiment of

2    it, that we could record.  I'm afraid our court reporter has

3    limits.  I'll leave that to you.

4              MS. KAYE:  I completely understand, and I respect

5    that.  And I would be happy to provide an English

6    translation --

7              THE COURT:  Okay.

8              MS. KAYE -- of what it means.

9              THE COURT:  Okay.  We can make that part of the

10   record.

11             MS. KAYE:  Okay.  Maybe I won't read the whole

12   prayer, but I'll just read a few lines of it in honor of my

13   mother.

14             "Eshet-chayil mi yimtza v'rachok mip'ninim

15        mikhrah.

16             Batach bah lev ba'lah v'shalal lo yechsar.

17             G'malat-hu tov v'lo-ra kol y'mei chayeha.

18             Darshah tzemer ufishtim vata'as b'chefetz

19        kapeiha."

20             And that was translated as:

21             "An accomplished woman, who can find?  Far beyond

22        pearls is her value.  Her husband's heart relies on

23        her, and he shall lack no fortune.  She repays his good

24        but never his harm, all the days of her life."

25             And it goes on.  It's basically just a harmonious and

1    ceremonious ode to mothers.

2              THE COURT:  Okay.

3              MS. KAYE:  Again, I want to express my gratitude for

4    the opportunity to speak about my mother in this courtroom.  I

5    loved her.  I love her.  I will be on my knees and grieve for

6    every day that I continue to live in this existence in which

7    she is absent.  And I will continue to fight for her and make

8    sure that history will never forget her assassination for being

9    a Jew in the 21st century.

10             And I extend my gratitude and solidarity and heart to

11   all of you in this courtroom.  Thank you.

12             THE COURT:  Okay.  Well, thank you.

13             And I will turn it back to you, Mr. Harrigan.

14             Is there one more person?

15             MR. HARRIGAN:  No.  That concludes it, your Honor.

16             THE COURT:  That completes it?

17             All right.  And then, Mr. Johnston, I don't know if

18   there's anything further from the defense before I pronounce

19   judgment, but I'll ask.

20             MR. JOHNSTON:  No, your Honor.  Thank you.

21             THE COURT:  Or anything else from the prosecution?

22   Mr. Ko?

23             MR. KO:  No, sir.

24             THE COURT:  All right.  Mr. Earnest, it's been a very

25   moving time from all perspectives.  And let me focus, really,

1    on the sentencing issues that we addressed as a matter of the

2    federal sentencing statute.

3            There are factors in the statute that reflect the

4    policy of the United States in all cases and certainly would

5    apply here.  And they are that the sentence should reflect the

6    seriousness of the -- the crime.  And the punishment should be

7    addressed appropriately, given the nature and -- and

8    circumstances of the crime.  That it should be sufficient but

9    not greater than necessary in that regard.

10           The sentence should also take into account its impact

11   and effect on deterrence, deterring individuals from committing

12   crime specifically.  And generally deterrence for the

13   community; to -- for them to reflect that criminal misbehavior

14   of any kind won't be tolerated and, of course, will be

15   appropriately punished.

16           So punishment and deterrence are indeed part of this

17   equation.  The Court is not to be, you know, vengeful, but nor

18   is it merciful.  It is realistic in terms of what are

19   aggravating and mitigating factors.  And then defined by this

20   policy of the sufficient but not greater than sufficient

21   sentence on a punishment and deterrence basis.

22           It has to be balanced, of course, according to the

23   statute, with reflection on the history and characteristics of

24   the defendant.

25           And while we spend a lot of time -- appropriately

1    so -- discussing the victims today, I have read about you.  And

2    it's been discussed in the papers and so forth.  To the extent

3    it was revealed, it is somewhat limited and -- but we have what

4    we have.  But certainly we consider you and your individual

5    circumstances.  Again, not from a vengeful standpoint,

6    merciful, or even forgiveness.  Because that's not my job, to

7    give forgiveness.  It is to mete out punishment in these cases.

8              We look, too, to what rehabilitation needs there may

9    be.  In many cases, mental health, drug addiction, other forms

10   of rehabilitation, treatment are required.  Sometimes it's

11   vocational and educational as well.  But we balance that.

12             And then the final factor that warrants mentioning is

13   that sentences need to be consistent in the federal system, not

14   disparate.  So one should stand up against the next, where all

15   things are relatively the same.  Not that they ever are, every

16   case being different.

17             Obviously this is about as -- this is as serious as

18   it gets.  There is no more serious crime than the ones

19   presented here.  And, of course, in the companion state case,

20   which did specifically address the murder.  Here, we address

21   the violence, the hatred, the interference with religious

22   beliefs, and the like.  But it gets very serious, but it does

23   need to be measured.

24             And as I said at the outset, I certainly wouldn't do

25   anything -- sentence you to anything less than what the parties

1   have agreed to, nor can I go anything more because the statute

2   is the statute.  On most of these crimes, life is the

3   appropriate guideline sentence.  Or -- and then there are some

4   that we'll talk about that warrant the mandatory minimum.

5           The -- I think it's important to say this.  That

6   this -- as much as this is about Ms. Kaye, it's also about all

7   of the other parishioners -- that's probably not the right

8   word.  All of the other members of the Jewish community, the

9   Chabad community, but the greater Jewish community.  And it's

10  really about the world.  Because it's not just hate of Jewish

11  folks, but our world is confronting hate of many kinds based on

12  race, religion, gender, sexual orientation, and the like.  And

13  the system, through the statutory scheme, really is directed to

14  seek out and intervene in hate of all kind.  But we're focusing

15  on, the particular hate here, as we should.  But I want to make

16  it clear that hate of any kind bears nothing but abomination;

17  and the view of the federal government, really, of our moral

18  fiber.

19          You know, Coretta Scott King -- I have been

20  reflecting on this because, obviously, this is a big event in

21  many people's lives.  But Coretta Scott King said that hate is

22  too great a burden to bear.  It injures the hater more than it

23  injures the hated.  And I have to say I'm not convinced she's

24  right on that.  Because the hate -- the impact of the hate, as

25  I read through the victims' impact statements, as I hear the

1    people today, as we understand it in the community is just a

2    horrible thing.

3            So when I balance the gravity of this crime, when I

4    balance the factors of your history, characteristics, the

5    psychological mental health care that's been recommended here,

6    when I look at disparity or being consistent, you know, I come

7    up with the fact that the life sentence on the counts where it

8    is called for is appropriate.

9            And so I will sentence you -- and to do this so that

10   we touch on all of the bases, I'll just do it by count number.

11   As to Counts 1 through 108 and Count 110, I'm going to sentence

12   you to a term of life in prison, per count.  Each of those to

13   run concurrent with the other.

14           As to Count 109, which is the attempted damage to

15   religious property, if I'm tracking right, I'm going to

16   sentence you to a 20-year term to run concurrent with the

17   sentences in Counts 1 through 108 and 110.

18           As to the remaining counts, Counts 111 through 113,

19   which will generally reflect on using and carrying a firearm

20   during and in relation to a crime of violence, I am going to

21   sentence you to ten years per count -- the mandatory minimum,

22   per count, each, consecutive to each other and all of the rest.

23           And I think, as the Government somewhat summed up in

24   their sentencing summary chart, this is an effective life in

25   prison plus 30 years consecutive, and the judgment of the

1    Court.

2           Also, I'm going to waive any fine.  I find an

3    inability to pay and difficulty with collection.

4           I'll impose the mandatory special assessment of $100

5    per count, which at 113 counts, is $11,300.  And there will be

6    a term of supervised release of five years, with conditions.

7           Those conditions will be the standard ones that the

8    Probation Office requires.

9           And then, reading from document 128, page 45,

10   paragraph 315 of the presentence report, I will impose that you

11   participate in a program of mental health treatment as directed

12   by the probation officer, taking all medications as prescribed

13   by a doctor.  Not discontinue without the medical permission.

14          I'll authorize the release of the presentence report

15   and available psychological evaluations to the mental health

16   provider as approved by the probation officer.  And allow for

17   reciprocal release of information between the probation officer

18   and the treatment provider.

19          You may be required to contribute to the costs of

20   services rendered in an amount to be determined by the

21   probation officer, based on ability to pay.

22          Report all vehicles owned or operated, or in which

23   you have an interest, to the probation officer.

24          Submit to a search of your person, property, house,

25   residence, office, vehicle, papers, cell phones, computers, or

1    other electronic communication or data storage devices or media

2    effects conducted by a U.S. Probation officer or any federal,

3    state, or local law enforcement officer at any time, with or

4    without a warrant and with or without reasonable suspicion.

5    Yes, this is the full fourth waiver condition.

6            Failure to submit to a search may be grounds for

7    revocation, and you're to warn other residents that the

8    premises may be subject to search pursuant to this condition.

9            You're not to possess or use any computer,

10   computer-related devices, as defined by federal law, which

11   communicate data via modem, dedicated connections, or cellular

12   networks and their peripheral equipment, without prior approval

13   by the Court or the probation officer, all of which are subject

14   to search and seizure.

15           You must consent to the installation of the

16   monitoring software and/or hardware of any computer or

17   computer-related devices owned or controlled by you that will

18   enable the probation officer to monitor computer use and

19   cellular data, if some is allowed.  And you'll be responsible

20   for the payment of the costs of the installation of the

21   computer software.

22           Finally, you must not own, possess, or have access to

23   firearms, ammunitions, destructive devices, or dangerous

24   weapons; and, by way of example, anything that was designed or

25   was modified with the specific purpose of causing bodily injury

1    or death to another person, such as Tasers or nunchuks.

2              So those conditions will be imposed.

3              The final issues are the question of this sentence

4    vis-à-vis the state court sentence, and then the question of

5    designation.

6              The Government mentions in its papers -- and I

7    respect their position -- that running a sentence consecutive

8    would just be merely symbolic.  However, symbols are important.

9    We have several.  We have our flag.  We have our government

10   seal.

11             And, here, I am going to run this sentence

12   consecutively; recognizing that the state court has addressed

13   in principal part, the murder.  But hate is something that has

14   to be addressed and must be held up as an example to all that

15   it will not be tolerated.  So the sentence will be consecutive

16   to the state court sentence.

17             As to designation, I think that my recommendation is

18   that Mr. Earnest be remanded to the Attorney General and

19   designated to a federal institution as their screening and

20   assessment criteria and willingness to accept him would so

21   dictate.

22             I'm not familiar with the state system.  I'm familiar

23   with the federal.  And I think the maximum protection to the

24   public that that will yield warrants it to be the Court's

25   designation.  Of course, that's up to the BOP, I guess, to

1   accept, is what I'm told.

2          That, ladies and gentlemen, and Mr. Earnest, is the

3   judgment of this Court based upon the record and all of the

4   evidence before it.

5          As I read the plea agreement in this case, but for

6   effective assistance of counsel grounds, all rights of appeal

7   and collateral attack are waived, given the imposition of the

8   sentence at this point.

9          Is that accurate, Mr. Johnston?

10          MR. JOHNSTON:  Yes, your Honor.

11          THE COURT:  And so, with that, this matter is

12   concluded, unless there's anything further from the Government

13   or the defense.

14          MR. KO:  Your Honor, could you orally order the

15   forfeiture of the rifle and the ammunition that you already

16   ordered in the preliminary order of forfeiture?

17          THE COURT:  Any objection?

18          MR. JOHNSTON:  No, your Honor.

19          THE COURT:  Okay.  The forfeiture as to the -- those

20   stated items already approved in the preliminary order of

21   forfeiture is granted, and the forfeiture will be reflected in

22   the judgment.

23          Anything else, Mr. Ko?

24          MR. KO:  No, sir.

25          THE COURT:  Mr. Johnston?

1          MR. JOHNSTON:  No, your Honor.

2          THE COURT:  All right.  Folks, thanks.

3          Mr. Earnest, good luck to you.  Thank you for your

4    patience.

5          Thanks to all that's attended here.  And with this

6    complete, we are now in recess in this case.

7          THE CLERK:  This court is now in recess.

8          (Conclusion of proceedings at 11:11 a.m.)

9

10                              --oOo--

11

12   I certify, by signing below, that the foregoing is a correct

13   stenographic transcript of the oral proceedings had in the

14   above-entitled matter this 2nd day of February, 2022.  A

15   transcript without an original signature or conformed signature

16   is not certified.  I further certify that the transcript fees

17   and format comply with those prescribed by the Court and the

18   Judicial Conference of the United States.

19
         /S/ Amanda M. LeGore
20       _____

21       AMANDA M. LeGORE, RDR, CRR, CRC, FCRR, CACSR 14290

22

23

24

25